**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|--|--|-----------------|----------------------------------------------|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Ernie<br>First name<br><br>D.<br>Middle name<br><br>Johnson<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8454 | |

Debtor 1   **Ernie D. Johnson**                                        Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5.** **Where you live** | **10649 N PR 50E**<br>**Farmersburg, IN 47850**<br>Number, Street, City, State & ZIP Code<br><br>**Sullivan**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Ernie D. Johnson**                                    Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.    How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.    Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

    ☐    No. Go to line 12.

    ☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Ernie D. Johnson**                                                                 Case number *(if known)*  _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

■ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   **Ernie D. Johnson**                                                              Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Ernie D. Johnson**                                    Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

□ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

□ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

■ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

□ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

□ No

□ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | □ 1,000-5,000 | □ 25,001-50,000 |
| □ 50-99 | □ 5001-10,000 | □ 50,001-100,000 |
| □ 100-199 | □ 10,001-25,000 | □ More than100,000 |
| □ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| □ $0 - $50,000 | □ $1,000,001 - $10 million | □ $500,000,001 - $1 billion |
| □ $50,001 - $100,000 | □ $10,000,001 - $50 million | □ $1,000,000,001 - $10 billion |
| □ $100,001 - $500,000 | □ $50,000,001 - $100 million | □ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | □ $100,000,001 - $500 million | □ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| □ $0 - $50,000 | ■ $1,000,001 - $10 million | □ $500,000,001 - $1 billion |
| □ $50,001 - $100,000 | □ $10,000,001 - $50  million | □ $1,000,000,001 - $10 billion |
| □ $100,001 - $500,000 | □ $50,000,001 - $100 million | □ $10,000,000,001 - $50 billion |
| □ $500,001 - $1 million | □ $100,000,001 - $500 million | □ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Ernie D. Johnson**

| **Ernie D. Johnson** | |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |

Executed on   **March 17, 2016**                     Executed on _____

MM / DD / YYYY                                            MM / DD / YYYY

---

Debtor 1    **Ernie D. Johnson**                                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| **/s/ KC Cohen** | Date | **March 17, 2016** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**KC Cohen**
Printed name

**KC Cohen, Lawyer, PC**
Firm name

**151 N Delaware St., Ste. 1106**
**Indianapolis, IN 46204**
Number, Street, City, State & ZIP Code

Contact phone    **3177151845**                    Email address    **kc@smallbusiness11.com**

**04310-49**
Bar number & State

---

| Fill in this information to identify your case: | |
|---|---|

Debtor 1 __Ernie D. Johnson__
　　　　　First Name　　　　　　Middle Name　　　　　　Last Name

Debtor 2
(Spouse if, filing)　First Name　　　　　　Middle Name　　　　　　Last Name

United States Bankruptcy Court for the:　SOUTHERN DISTRICT OF INDIANA

Case number
(if known)　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

☐ Check if this is an
　amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**　List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|  | | | Unsecured claim |
|---|---|---|---|

**1**　**AHW**
　　　**515 N Ashmore St**
　　　**Ashmore, IL 61912**

What is the nature of the claim?　__Trade debt__　$ **$1,500.00**

As of the date you file, the claim is: Check all that apply
☐　Contingent
☐　Unliquidated
☐　Disputed
☑　None of the above apply

Does the creditor have a lien on your property?
☑　No
☐　Yes. Total claim (secured and unsecured)　$ ＿＿＿＿＿
　　　　Value of security:　- $ ＿＿＿＿＿
　　　　Unsecured claim　$ ＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿
Contact
＿＿＿＿＿＿＿＿＿＿＿
Contact phone

**2**　**Barbara Johnson**
　　　**408 E Stuck St**
　　　**Farmersburg, IN 47850**

What is the nature of the claim?　__unsecured loan__　$ **$27,000.00**

As of the date you file, the claim is: Check all that apply
☐　Contingent
☐　Unliquidated
☐　Disputed
☑　None of the above apply

Does the creditor have a lien on your property?
☑　No
☐　Yes. Total claim (secured and unsecured)　$ ＿＿＿＿＿
　　　　Value of security:　- $ ＿＿＿＿＿
　　　　Unsecured claim　$ ＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿
Contact
＿＿＿＿＿＿＿＿＿＿＿
Contact phone

| Debtor 1 | **Ernie D. Johnson** | Case number *(if known)* | |
|---|---|---|---|

**3**

BMO Harris Bank
111 W Monroe St
Chicago, IL 60603

_____

_____
Contact

_____
Contact phone

What is the nature of the claim?  loan deficiency  $ **$1,800,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

**4**

BMO Harris Bank
111 W Monroe St
Chicago, IL 60603

_____

_____
Contact

_____
Contact phone

What is the nature of the claim?  **see attached list-all items not highlighted are accounted for in this entry**  $ **$8,500.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)  $ **$267,000.00**
  - Value of security:  - $ **$258,500.00**
  - Unsecured claim  $ **$8,500.00**

**5**

Capital One Bank
POB 6492
Carol Stream, IL 60197-6492

_____

_____
Contact

_____
Contact phone

What is the nature of the claim?  Credit card purchases  $ **$5,258.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

**6**

What is the nature of the claim?  **10649 N PR 50E Farmersburg, IN 47850 Sullivan County parcel 1 described in the BMO Mortgage dated 3.23.12**  $ **$410,000.00**

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    **Ernie D. Johnson**                                    Case number *(if known)* _____

**containing 27.95 acres** _____

**Ceres Solutions**
**POB 432**
**Crawfordsville, IN 47933**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No

Contact _____

- ■ Yes. Total claim (secured and unsecured)    $ **$410,000.00**

Contact phone _____

Value of security:    - $ **$210,000.00**
Unsecured claim    $ **$410,000.00**

| 7 | **Chase Bank**<br>**POB 15123**<br>**Wilmington, DE 19850-5123** | **What is the nature of the claim?** | **Credit card purchases** | $ **$15,000.00** |

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No

Contact _____

- ☐ Yes. Total claim (secured and unsecured)    $ _____

Contact phone _____

Value of security:    - $ _____
Unsecured claim    $ _____

| 8 | **citibank**<br>**POB 6500**<br>**Sioux Falls, SD 57117** | **What is the nature of the claim?** | **Credit card purchases** | $ **$6,100.00** |

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No

Contact _____

- ☐ Yes. Total claim (secured and unsecured)    $ _____

Contact phone _____

Value of security:    - $ _____
Unsecured claim    $ _____

| 9 | **Crop Production Services**<br>**2745 W SR 48**<br>**Shelburn, IN 47879** | **What is the nature of the claim?** | **Trade debt** | $ **$35,310.00** |

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Ernie D. Johnson** | | Case number *(if known)* | |
|---|---|---|---|---|

| Contact | | ☐ Yes. Total claim (secured and unsecured) | $ |
|---|---|---|---|
| | | Value of security: | - $ |
| Contact phone | | Unsecured claim | $ |

---

| **10** | | What is the nature of the claim? | **Trade debt** | $ **$1,100.00** |
|---|---|---|---|---|

**Fastenal**
**2001 Theurer Blvd**
**Winona, MN 55987**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No

| Contact | ☐ Yes. Total claim (secured and unsecured) | $ |
|---|---|---|
| | Value of security: | - $ |
| Contact phone | Unsecured claim | $ |

---

| **11** | | What is the nature of the claim? | **cash rent** | $ **$13,500.00** |
|---|---|---|---|---|

**Gary Holmes**
**168 E CR 1100 N**
**Farmersburg, IN 47850**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No

| Contact | ☐ Yes. Total claim (secured and unsecured) | $ |
|---|---|---|
| | Value of security: | - $ |
| Contact phone | Unsecured claim | $ |

---

| **12** | | What is the nature of the claim? | **employment withholding tax** | $ **$3,296.13** |
|---|---|---|---|---|

**Internal Revenue Service**
**POB 21126**
**Philadelphia, PA 19114-0326**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No

| Contact | ☐ Yes. Total claim (secured and unsecured) | $ |
|---|---|---|
| | Value of security: | - $ |
| Contact phone | Unsecured claim | $ |

---

| **13** | | What is the nature of the claim? | **unsecured loan** | $ **$18,000.00** |
|---|---|---|---|---|

**Jeffrey David Strain**
**4187 N. CO RD 875 W**
**Sullivan, IN 47882**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Ernie D. Johnson** | Case number *(if known)* | |

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____

       Value of security:    - $ _____

       Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**14**

**Naomi Greggs**
**POB 57**
**Farmersburg, IN 47850**

What is the nature of the claim?    **Trade debt**    $ **$29,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____

       Value of security:    - $ _____

       Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**15**

**Pioneer Hi-Bred International**
**LLC**
**POB 1000**
**Johnston, IA 50131-0184**

What is the nature of the claim?    **Trade debt**    $ **$21,827.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____

       Value of security:    - $ _____

       Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**16**

**Rain and Hail, LLC**
**9200 Northpark Drive, Suite 300**
**Johnston, IA 50131**

What is the nature of the claim?    **Trade debt**    $ **$51,343.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____

       Value of security:    - $ _____

       Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**17**

What is the nature of the claim?    **Vacuum Cleaner and air purification system**    $ **$1,980.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Ernie D. Johnson**                                    Case number *(if known)* _____

|  | **for house (value shown is 50% of total)** _____ |
|---|---|
| ▮ **RFFC Financial LLC** POB 4356, Dept 1552 Houston, TX 77210 | **As of the date you file, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ▮ None of the above apply |

**Does the creditor have a lien on your property?**
☐ No
▮ Yes. Total claim (secured and unsecured)    $ **$3,960.00**
    Value of security:    - $ **$1,980.00**
    Unsecured claim    $ **$1,980.00**

Contact _____

Contact phone _____

---

| **18** **Terre Haute Regional Hospital** POB 740757 Cincinnati, OH 45274 | What is the nature of the claim?    **services on account**    $ **$2,157.00** **As of the date you file, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ▮ None of the above apply |
|---|---|

**Does the creditor have a lien on your property?**
▮ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| **19** **USDA** Sullivan County FSA Office 2306 N. Section. St Sullivan, IN 47882 | What is the nature of the claim?    **crop loan**    $ **$176,432.00** **As of the date you file, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ▮ None of the above apply |
|---|---|

**Does the creditor have a lien on your property?**
▮ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| **20** **WNDI Radio** 556 W CR 200 S #2 Sullivan, IN 47882 | What is the nature of the claim?    **Trade debt**    $ **$3,000.00** **As of the date you file, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ▮ None of the above apply |
|---|---|

**Does the creditor have a lien on your property?**
▮ No

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Ernie D. Johnson**                                    Case number *(if known)* _____

_____          ☐   Yes. Total claim (secured and unsecured)    $ _____
Contact                                        Value of security:                    - $ _____
_____              Unsecured claim                     $ _____
Contact phone

| Part 2: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ Ernie D. Johnson**                                X   _____
    **Ernie D. Johnson**                                        Signature of Debtor 2
    Signature of Debtor 1


    Date   **March 17, 2016**                              Date   _____

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ernie D. Johnson** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B...................................................... | $          210,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................ | $          656,472.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B..................................................... | $          866,472.00 |

### Part 2:    Summarize Your Liabilities

|  | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... | $          1,174,571.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $          3,296.13 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $          2,209,825.00 |
| | **Your total liabilities** | $          3,387,692.13 |

### Part 3:    Summarize Your Income and Expenses

|  | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................................ | $          0.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................... | $          5,348.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■  Yes

7.  **What kind of debt do you have?**

   ☐  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Ernie D. Johnson**                                        Case number *(if known)*

8.    **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
      122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $ _____

9.    **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 3,296.13 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 3,296.13 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Ernie D. Johnson** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number | |

☐ Check if this is an
amended filing

Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

1.1

**10649 N PR 50E**

Street address, if available, or other description

**Farmersburg          IN     47850-0000**

City                    State      ZIP Code

**Sullivan**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**parcel 1 described in the BMO Mortgage dated 3.23.12 containing 27.95 acres**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$210,000.00** | **$210,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**............................................................................=>

| |
|---|
| **$210,000.00** |

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Ernie D. Johnson**                                      Case number *(if known)*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: _____ | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

| | Model: _____ | ■ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | |

| | | | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|---|---|

Other information:

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

| 2012 Dodge ram Pickup 4X4 1500 series (FMV $32k)(mileage 104k), 2003 Chevy Silverado 1500 series 4X4 (FMV $16k)(mileage 216k) and 2009 Dodge Charger (FMV $10k)(mileage 106k | ☐ Check if this is community property *(see instructions)* | **$58,000.00** | **$58,000.00** |
|---|---|---|---|

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................=>**      **$58,000.00**

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| regular furnture, art, tvs | **$2,500.00** |
|---|---|

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ No
☐ Yes.  Describe.....

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes.  Describe.....

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Ernie D. Johnson**                                          Case number *(if known)*

☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ■ No
    ☐ Yes.  Describe.....

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes.  Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes.  Give specific information.....

| | |
|---|---|
| Vacuum Cleaner and air purification system for house (value shown is 50% of total) | $1,980.00 |

15.   Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................

| |
|---|
| $4,480.00 |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes......................          Institution name:

| | | | |
|---|---|---|---|
| | 17.1. | **Checking** | **checking account at First Farmers Bank and Trust ending in 9761 (joint with Ernie Jr.)(value shown is 50%)** | $300.00 |
| | 17.2. | **Checking** | **checking account at First Financial Bank ending in 0548** | $1,500.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
          Name of entity:                              % of ownership:

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Ernie D. Johnson**                                    Case number *(if known)* _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | roth IRA at wells fargo ending in 2282 | $192.00 |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ..................... 		Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............ 		Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............ 		Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Ernie D. Johnson**                                              Case number *(if known)*

☐ Yes.  Give specific information.:

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information.:

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information.:

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................

| |
|---|
| **$1,992.00** |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
            If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☐ No. Go to Part 7.
    ■ Yes.  Go to line 47.

                                                                                **Current value of the portion you own?**
                                                                                Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ■ No
    ☐ Yes................

48. **Crops—either growing or harvested**
    ■ No
    ☐ Yes. Give specific information.....

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☐ No

Debtor 1    **Ernie D. Johnson**        Case number *(if known)*

■ Yes...............

| | |
|---|---|
| Great Plains 33ft discovator (FMV $68k) Great Plains 29 ft disk (FMV $64k) Great Plains 5 shank ripper (FMC $11k) | $143,000.00 |
| 2003 international 10 wheeler grain truck (FMV $55k), 2015 Polaris Ranger 900 series 4x4 (FMV$17k) | $72,000.00 |
| John Deere 6430 Tractor and loader (FMV $74k); John Deere 530X riding mower (FMV $4500); John Deere 893 Corn Head 8-row (FMV $66k) | $118,500.00 |
| see attached list-all items not highlighted are accounted for in this entry | $258,500.00 |

50. **Farm and fishing supplies, chemicals, and feed**
     ■ No
     ☐ Yes...............

51. **Any farm- and commercial fishing-related property you did not already list**
     ■ No
     ☐ Yes. Give specific information.....

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................................................      **$592,000.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership
     ■ No
     ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................      **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** ................................................................................. | | **$210,000.00** |
| 56. **Part 2: Total vehicles, line 5** | **$58,000.00** | |
| 57. **Part 3: Total personal and household items, line 15** | **$4,480.00** | |
| 58. **Part 4: Total financial assets, line 36** | **$1,992.00** | |
| 59. **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$592,000.00** | |
| 61. **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. **Total personal property.** Add lines 56 through 61... | **$656,472.00** | Copy personal property total      **$656,472.00** |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$866,472.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

## Dan Johnson Equipment list as of 1-14-16 breakdown with value

| | |
|---|---|
| John Deere 8285R Tractor | $102,000.00 |
| John Deere 6430 Tractor and loader | $74,000.00 |
| John Deere 950 Tractor and woods mower | $7,500.00 |
| John Deere 530X riding mower | $4,500.00 |
| John Deere 9660 4X4 combine | $175,000.00 |
| John Deere 625 Grain Platform | $27,000.00 |
| John Deere 893 Corn Head 8-row | $66,000.00 |
| J&M 725 Auger Cart | $25,000.00 |
| International 2003 10-wheeler grain truck new motor, hoist, bed | $55,000.00 |
| GMC 1975 single-axle grain truck | $5,000.00 |
| 12 ft flatbed trailer | $2,500.00 |
| 10 ft enclosed trailer | $5,000.00 |
| 2015 Polaris Ranger 900 series 4X4 | $17,000.00 |
| 2010 club car golf cart | $4,000.00 |
| DMI 13-shank anhydrous toolbar | $9,000.00 |
| Great Plains 33 ft Discovator | $68,000.00 |
| Great Plains 29 ft Disk | $64,000.00 |
| Great Plains 5-shank ripper | $11,000.00 |
| Frontier Grater blade | $7,500.00 |
| 12 ft Bush hog mower | $9,000.00 |
| John Deere 7ft mount mower | $11,000.00 |
| 2012 Dodge ram Pickup 4X4 1500 series | $32,000.00 |
| 2003 Chevy Silverado 1500 series 4X4 | $16,000.00 |
| 2006 Chevy Pickup | $6,000.00 |
| 1989 Chevy Silverado ¾ ton 4X4 | $8,000.00 |
| 2009 Dodge Charger | $10,000.00 |
| Parts, tools, welders, torches, and shop misc. | $30,000.00 |
| | |
| TOTAL | $851,000.00 |
| | |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Ernie D. Johnson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA | | |
| Case number | _____ | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2012 Dodge ram Pickup 4X4 1500 series (FMV $32k)(mileage 104k), 2003 Chevy Silverado 1500 series 4X4 (FMV $16k)(mileage 216k) and 2009 Dodge Charger (FMV $10k)(mileage 106k** <br> Line from *Schedule A/B*: **3.1** | $58,000.00 | ☑ $6,850.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **regular furnture, art, tvs** <br> Line from *Schedule A/B*: **6.1** | $2,500.00 | ☑ $2,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **IRA: roth IRA at wells fargo ending in 2282** <br> Line from *Schedule A/B*: **21.1** | $192.00 | ☑ $192.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(6) |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ernie D. Johnson** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Advantage Plus of Indiana Federal Credit** <br> Creditor's Name <br><br> **POB 5261** <br> **Terre Haute, IN 47805** <br> Number, Street, City, State & Zip Code | Describe the property that secures the claim: <br> **2003 international 10 wheeler grain truck (FMV $55k), 2015 Polaris Ranger 900 series 4x4 (FMV$17k)** <br> As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $47,103.00 | $72,000.00 | $0.00 |
| **Who owes the debt?** Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply. <br> ■ An agreement you made (such as mortgage or secured car loan) <br> ☐ Statutory lien (such as tax lien, mechanic's lien) <br> ☐ Judgment lien from a lawsuit <br> ☐ Other (including a right to offset) _____ | | | |
| Date debt was incurred _____ | Last 4 digits of account number _____ | | | |
| **2.2** **Arends Bros** <br> Creditor's Name <br><br> **POB 156** <br> **Melvin, IL 60952** <br> Number, Street, City, State & Zip Code | Describe the property that secures the claim: <br> **John Deere 9660 4X4 combine** <br> As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $23,962.00 | $175,000.00 | $0.00 |
| **Who owes the debt?** Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply. <br> ■ An agreement you made (such as mortgage or secured car loan) <br> ☐ Statutory lien (such as tax lien, mechanic's lien) <br> ☐ Judgment lien from a lawsuit <br> ☐ Other (including a right to offset) _____ | | | |
| Date debt was incurred _____ | Last 4 digits of account number _____ | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Ernie D. Johnson**                                                    Case number (if know)
     First Name        Middle Name        Last Name

---

| 2.3 **BMO Harris Bank** | Describe the property that secures the claim: | $210,000.00 | $210,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**10649 N PR 50E Farmersburg, IN 47850  Sullivan County parcel 1 described in the BMO Mortgage dated 3.23.12 containing 27.95 acres**

**111 W Monroe St**
**Chicago, IL 60603**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **3.12**        Last 4 digits of account number _____

---

| 2.4 **BMO Harris Bank** | Describe the property that secures the claim: | $267,000.00 | $258,500.00 | $8,500.00 |
|---|---|---|---|---|

Creditor's Name

**see attached list-all items not highlighted are accounted for in this entry**

**111 W Monroe St**
**Chicago, IL 60603**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **3.12**        Last 4 digits of account number _____

---

| 2.5 **Ceres Solutions** | Describe the property that secures the claim: | $410,000.00 | $210,000.00 | $410,000.00 |
|---|---|---|---|---|

Creditor's Name

**10649 N PR 50E Farmersburg, IN 47850  Sullivan County parcel 1 described in the BMO Mortgage dated 3.23.12 containing 27.95 acres**

**POB 432**
**Crawfordsville, IN 47933**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor 1  **Ernie D. Johnson**

First Name    Middle Name    Last Name

Case number (if know) _____

Date debt was incurred   11.14 _____    Last 4 digits of account number _____

| 2.6 | **CNH Industrial Capital** | Describe the property that secures the claim: | $68,000.00 | $143,000.00 | $0.00 |

Creditor's Name

**Great Plains 33ft discovator (FMV $68k) Great Plains 29 ft disk (FMV $64k) Great Plains 5 shank ripper (FMC $11k)**

**POB 3600**
**Lancaster, PA 17604**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   3.15 _____    Last 4 digits of account number _____

| 2.7 | **First Financial Bank** | Describe the property that secures the claim: | $45,792.00 | $58,000.00 | $0.00 |

Creditor's Name

**2012 Dodge ram Pickup 4X4 1500 series (FMV $32k)(mileage 104k), 2003 Chevy Silverado 1500 series 4X4 (FMV $16k)(mileage 216k) and 2009 Dodge Charger (FMV $10k)(mileage 106k**

**205 Main Ave**
**Aneta, ND 58212**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.8 | **John Deere Financial** | Describe the property that secures the claim: | $97,754.00 | $118,500.00 | $0.00 |

Creditor's Name

**John Deere 6430 Tractor and loader (FMV $74k); John Deere 530X riding mower (FMV $4500); John Deere 893 Corn Head 8-row (FMV $66k)**

**POB 4450**
**Carol Stream, IL**
**60197-4450**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 4

Debtor 1  **Ernie D. Johnson**                                          Case number (if know) _____

First Name        Middle Name        Last Name

☐ **Check if this claim relates to a**          ☐ Other (including a right to offset) _____
   **community debt**

Date debt was incurred  **6.15**          Last 4 digits of account number  **5031,1126,1000**

---

| 2.9 | **RFFC Financial LLC** | Describe the property that secures the claim: | $3,960.00 | $1,980.00 | $1,980.00 |
|---|---|---|---|---|---|

Creditor's Name

> **Vacuum Cleaner and air purification system for house (value shown is 50% of total)**

**POB 4356, Dept 1552**
**Houston, TX 77210**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.          Nature of lien. Check all that apply.

■ Debtor 1 only          ■ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only          ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another          ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a**          ☐ Other (including a right to offset) _____
   **community debt**

Date debt was incurred  _____          Last 4 digits of account number  **2796**

---

| 2.10 | **Sullivan County Treasurer** | Describe the property that secures the claim: | $1,000.00 | $210,000.00 | $1,000.00 |
|---|---|---|---|---|---|

Creditor's Name

> **10649 N PR 50E Farmersburg, IN 47850  Sullivan County parcel 1 described in the BMO Mortgage dated 3.23.12 containing 27.95 acres**

**100 Court House Square**
**Sullivan, IN 47882**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.          Nature of lien. Check all that apply.

■ Debtor 1 only          ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only          ■ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another          ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a**          ☐ Other (including a right to offset) _____
   **community debt**

Date debt was incurred  **2015**          Last 4 digits of account number  _____

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,174,571.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,174,571.00** |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ernie D. Johnson** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number  1134 | $3,296.13 | $3,296.13 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **POB 21126** | When was the debt incurred?   12.15 | | | |
| | **Philadelphia, PA 19114-0326** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
employment withholding tax

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |
|---|
| **Total claim** |

Debtor 1  **Ernie D. Johnson**                                          Case number (if know)

| 4.1 | **AHW** | Last 4 digits of account number | **0555** | **$1,500.00** |

Nonpriority Creditor's Name

**515 N Ashmore St**
**Ashmore, IL 61912**
Number Street City State Zip Code

When was the debt incurred?  **1.16**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**     ☐ Student loans
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes          ■ Other. Specify  **Trade debt**

---

| 4.2 | **Barbara Johnson** | Last 4 digits of account number | | **$27,000.00** |

Nonpriority Creditor's Name

**408 E Stuck St**
**Farmersburg, IN 47850**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**     ☐ Student loans
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes          ■ Other. Specify  **unsecured loan**

---

| 4.3 | **BMO Harris Bank** | Last 4 digits of account number | | **$1,800,000.00** |

Nonpriority Creditor's Name

**111 W Monroe St**
**Chicago, IL 60603**
Number Street City State Zip Code

When was the debt incurred?  **2009**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**     ☐ Student loans
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes          ■ Other. Specify  **loan deficiency**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Ernie D. Johnson** _____      Case number (if know) _____

| 4.4 | **Capital One Bank** | | Last 4 digits of account number | **8775** | **$5,258.00** |

Nonpriority Creditor's Name
**POB 6492**
**Carol Stream, IL 60197-6492**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**

---

| 4.5 | **Chase Bank** | | Last 4 digits of account number | **2592** | **$15,000.00** |

Nonpriority Creditor's Name
**POB 15123**
**Wilmington, DE 19850-5123**
Number Street City State Zip Code

**When was the debt incurred?**   **6.15**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**

---

| 4.6 | **CINTAS** | | Last 4 digits of account number | **3957** | **$800.00** |

Nonpriority Creditor's Name
**POB 635208**
**Indianapolis, IN 46202**
Number Street City State Zip Code

**When was the debt incurred?**   **2.16**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Ernie D. Johnson**                                          Case number (*if know*)

| 4.7 | **citibank** | Last 4 digits of account number | **5127** | **$6,100.00** |

Nonpriority Creditor's Name

**POB 6500**
**Sioux Falls, SD 57117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

When was the debt incurred?    **6.15**

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

---

| 4.8 | **Crop Production Services** | Last 4 digits of account number | **9958** | **$35,310.00** |

Nonpriority Creditor's Name

**2745 W SR 48**
**Shelburn, IN 47879**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

When was the debt incurred?    **11.15**

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt**

---

| 4.9 | **Fastenal** | Last 4 digits of account number | **1181** | **$1,100.00** |

Nonpriority Creditor's Name

**2001 Theurer Blvd**
**Winona, MN 55987**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

When was the debt incurred?    **2.16**

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Ernie D. Johnson**                                    Case number (if know) _____

---

| 4.10 | **Gary Holmes** | **Last 4 digits of account number** _____ | **$13,500.00** |

Nonpriority Creditor's Name
**168 E CR 1100 N**
**Farmersburg, IN 47850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **12.15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **cash rent**

---

| 4.11 | **Indiana Emergency Physicians LLC** | **Last 4 digits of account number** **3855** | **$678.00** |

Nonpriority Creditor's Name
**75 Remit Dr 1103**
**Chicago, IL 60675-1103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **11.15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **services on account**

---

| 4.12 | **Jeffrey David Strain** | **Last 4 digits of account number** **7444** | **$18,000.00** |

Nonpriority Creditor's Name
**4187 N. CO RD 875 W**
**Sullivan, IN 47882**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **3.16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **unsecured loan**

---

Debtor 1  **Ernie D. Johnson**                                                      Case number (if know)  _____

---

| 4.1 3 | **Naomi Greggs** | | | | $29,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**POB 57**
**Farmersburg, IN 47850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**  **12.15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Trade debt**

---

| 4.1 4 | **NAPA** | | | | $500.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**138 W CR 300 N**
**Sullivan, IN 47882**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1757**

**When was the debt incurred?**  **2.16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Trade debt**

---

| 4.1 5 | **Pioneer Hi-Bred International LLC** | | | | $21,827.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**POB 1000**
**Johnston, IA 50131-0184**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **2271**

**When was the debt incurred?**  **6.15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Trade debt**

---

Debtor 1 **Ernie D. Johnson**                                  Case number *(if know)*

| 4.16 | **Rain and Hail, LLC** | | Last 4 digits of account number | **8202** | $51,343.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**9200 Northpark Drive, Suite 300**
**Johnston, IA 50131**

Number City State ZIp Code

When was the debt incurred?    **3.15**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **Trade debt**

---

| 4.17 | **Republic Services** | | Last 4 digits of account number | **1813** | $520.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**12820 Cumminsville Rd**
**Pimento, IN 47866-9734**

Number Street City State ZIp Code

When was the debt incurred?    **2.16**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **Trade debt**

---

| 4.18 | **Terre Haute Regional Hospital** | | Last 4 digits of account number | **8155** | $2,157.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**POB 740757**
**Cincinnati, OH 45274**

Number Street City State ZIp Code

When was the debt incurred?    **11.15**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **services on account**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  **Ernie D. Johnson**                                           Case number (if know) _____

---

**4.19**

| | |
|---|---|
| **USDA** | Last 4 digits of account number  **42,14,nd38**                    **$176,432.00** |
| Nonpriority Creditor's Name | |
| **Sullivan County FSA Office** | When was the debt incurred?  **9.15** |
| **2306 N. Section. St** | |
| **Sullivan, IN 47882** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| Who incurred the debt? Check one. | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **crop loan**

---

**4.20**

| | |
|---|---|
| **Wabash Valley Heat and Gas** | Last 4 digits of account number  **JOHFAR (BF)**                    **$800.00** |
| Nonpriority Creditor's Name | |
| **POB 147** | When was the debt incurred?  **2.16** |
| **Hutsonville, IL 62433** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| Who incurred the debt? Check one. | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Trade debt**

---

**4.21**

| | |
|---|---|
| **WNDI Radio** | Last 4 digits of account number  **9005**                    **$3,000.00** |
| Nonpriority Creditor's Name | |
| **556 W CR 200 S #2** | When was the debt incurred?  **9.15** |
| **Sullivan, IN 47882** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| Who incurred the debt? Check one. | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Trade debt**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Debtor 1   **Ernie D. Johnson**

Case number (if know)

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 3,296.13 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 3,296.13 |

|  | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 2,209,825.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 2,209,825.00 |

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ernie D. Johnson** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **Arends Bros**<br>**POB 156**<br>**Melvin, IL 60952** | **25 ft grain platform and combine** |
| 2.2 **John Deere Financial**<br>**POB 4450**<br>**Carol Stream, IL 60197-4450** | **8 row corn head** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1     **Ernie D. Johnson**
          First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number
(if known)

☐ Check if this is an
    amended filing

# Official Form 106H
## Schedule H: Your Codebtors        12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

   **1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ■ Yes

   **2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ■ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   **3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1   **Ernie  Johnson, Jr.** <br> **10649 N PR 50E** <br> **Farmersburg, IN 47850** | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **BMO Harris Bank** |

Fill in this information to identify your case:

Debtor 1          **Ernie D. Johnson**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter
   13 income as of the following date:
   _____
   MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                   12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $     **0.00** | $     **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$     **0.00** | +$     **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $     **0.00** | $     **N/A** |

Debtor 1    **Ernie D. Johnson**                                                  Case number (*if known*)

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ N/A |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ N/A

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ N/A

**8. List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ N/A

8b. **Interest and dividends**    8b.    $ 0.00    $ N/A

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ N/A

8d. **Unemployment compensation**    8d.    $ 0.00    $ N/A

8e. **Social Security**    8e.    $ 0.00    $ N/A

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $ N/A

8g. **Pension or retirement income**    8g.    $ 0.00    $ N/A

8h. **Other monthly income.** Specify: _____    8h.+    $ 0.00 +    $ N/A

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ N/A

**10. Calculate monthly income.** Add line 7 + line 9.    10.    $ 0.00  +  $ N/A  =  $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.    +$ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 0.00
**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Ernie D. Johnson** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

| | | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|---|
| Do not list Debtor 1 and Debtor 2. | ☐ Yes. | Fill out this information for each dependent............. | | | |
| | | | _____ | _____ | ☐ No ☐ Yes |
| Do not state the dependents names. | | | _____ | _____ | ☐ No ☐ Yes |
| | | | _____ | _____ | ☐ No ☐ Yes |
| | | | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4.  $ _____ **0.00**

   **If not included in line 4:**

   4a.  Real estate taxes                          4a.  $ _____ **0.00**
   4b.  Property, homeowner's, or renter's insurance    4b.  $ _____ **0.00**
   4c.  Home maintenance, repair, and upkeep expenses    4c.  $ _____ **0.00**
   4d.  Homeowner's association or condominium dues    4d.  $ _____ **0.00**
5. **Additional mortgage payments for your residence,** such as home equity loans    5.  $ _____ **0.00**

Debtor 1    **Ernie D. Johnson**                                      Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.    Electricity, heat, natural gas | 6a.  $ | **1,000.00** |
| | 6b.    Water, sewer, garbage collection | 6b.  $ | **250.00** |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c.  $ | **400.00** |
| | 6d.    Other. Specify:    satellite | 6d.  $ | **270.00** |
| 7. | **Food and housekeeping supplies** | 7.  $ | **800.00** |
| 8. | **Childcare and children's education costs** | 8.  $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9.  $ | **0.00** |
| 10. | **Personal care products and services** | 10.  $ | **0.00** |
| 11. | **Medical and dental expenses** | 11.  $ | **100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12.  $ | **300.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.  $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | 14.  $ | **0.00** |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.    Life insurance | 15a.  $ | **0.00** |
| | 15b.    Health insurance | 15b.  $ | **1,000.00** |
| | 15c.    Vehicle insurance | 15c.  $ | **0.00** |
| | 15d.    Other insurance. Specify: | 15d.  $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: | 16.  $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.    Car payments for Vehicle 1 | 17a.  $ | **0.00** |
| | 17b.    Car payments for Vehicle 2 | 17b.  $ | **0.00** |
| | 17c.    Other. Specify:    3 auto loans | 17c.  $ | **1,228.00** |
| | 17d.    Other. Specify: | 17d.  $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18.  $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | $ | **0.00** |
| | Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.    Mortgages on other property | 20a.  $ | **0.00** |
| | 20b.    Real estate taxes | 20b.  $ | **0.00** |
| | 20c.    Property, homeowner's, or renter's insurance | 20c.  $ | **0.00** |
| | 20d.    Maintenance, repair, and upkeep expenses | 20d.  $ | **0.00** |
| | 20e.    Homeowner's association or condominium dues | 20e.  $ | **0.00** |
| 21. | **Other:** Specify: | 21.  +$ | **0.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **5,348.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **5,348.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.  $ | **0.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b.  -$ | **5,348.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c.  $ | **-5,348.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.    Explain here: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ernie D. Johnson** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Ernie D. Johnson** | X |
|---|---|
| **Ernie D. Johnson** | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **March 17, 2016** | Date |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Ernie D. Johnson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.    **What is your current marital status?**

☐ Married
■ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **$10,000.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Ernie D. Johnson**                                                      Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2015 ) | ☐ Wages, commissions, bonuses, tips | $15,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2014 ) | ☐ Wages, commissions, bonuses, tips | $25,393.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below.. | **Gross income** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **SSI Benefits** | $3,300.00 | | |
| **For last calendar year:** (January 1 to December 31, 2015 ) | **SSI Benefits** | $13,200.00 | | |
| **For the calendar year before that:** (January 1 to December 31, 2014 ) | **SSI Benefits** | $1,100.00 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

   ☐ No.    Go to line 7.
   ■ Yes    List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1    **Ernie D. Johnson**                                    Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **see attached list** | | **$0.00** | **$0.00** | ☐ Mortgage |
| | | | | ☐ Car |
| | | | | ☐ Credit Card |
| | | | | ☐ Loan Repayment |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☐ No
   ☑ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **see attached list** | | **$0.00** | **$0.00** | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **see attached notice of stay** | | | ☐ Pending |
| | | | ☐ On appeal |
| | | | ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

Debtor 1    **Ernie D. Johnson**                                                    Case number *(if known)*

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

### Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address **(Number, Street, City, State and ZIP Code)** | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

### Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **KC Cohen, Lawyer, PC**<br>**151 N Delaware St., Ste. 1106**<br>**Indianapolis, IN 46204**<br>**kc@smallbusiness11.com** | **Attorney Fees** | 2.19.16 | $5,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Ernie D. Johnson**                                    Case number (*if known*) _____

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| thrasher? | | | $0.00 |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person's relationship to you | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **First Financial Bank**<br>**205 Main Ave**<br>**Aneta, ND 58212** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **may 2015** | $500.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1    **Ernie D. Johnson**                                          Case number *(if known)*

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**    Identify Property You Hold or Control for Someone Else

**23.** **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.** **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25.** **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26.** **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**    Give Details About Your Business or Connections to Any Business

**27.** **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Debtor 1   **Ernie D. Johnson**                                              Case number *(if known)*

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☑ **No. None of the above applies.  Go to Part 12.**

☐ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

28.   **Within 2 years before you filed bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**

☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Ernie D. Johnson**
**Ernie D. Johnson**                                    Signature of Debtor 2
**Signature of Debtor 1**

Date   **March 17, 2016**                                Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☐ No
☑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Research Report

03/02/2016 03:03

ERNIE D. JOHNSON
10500 N. PRIVATE RD. 550 E.
FARMERSBURG, IN 47850

1401

12-15-2015

Pay to the
Order of    Mary Hudson                     $ 1,500.00

Fifteen Hundred                    00/100    Dollars

First Financial Bank.
Terre Haute, Indiana

For

⑈074900356⑈    ⑈8508420548⑈ 1401

12/18 | $1,500.00 | #1401 | SID: 99
Acct: 8508420548 | T/C: 79 | RBS: 020-061-0020

Research Report

03/02/2016 02:59



ERNIE D. JOHNSON                                    1381
10650 N. PRIVATE RD. 50 E.
FARMERSBURG, IN 47850

9-29-2015

Pay to the
Order of ___Susan Holmes___         $ 6,850.00

___Sixty Eight hundred Fifty 00/xx___   Dollars

First Financial Bank
Farmersburg, Indiana

For _____          Ernie Johnson

⑆074900355⑆  5508420548⑈  1381

09/29 | $6,850.00 | #1381 | SID: 99
Acct: 5508420548 | T/C: 79 | RBS: 014-044-0012

20-0700-4D  Checking Account Inquiry - Detail History Data
      3-02-2016


Account number  [redacted]   Short name  JOHNSON DANIEL C


            *--------------------Detail Information--------------------'
      Posting date julian/calendar           2015268 /  9-25-15
      Effective date julian/calendar          2015268 /  9-25-15
      Transaction number within day                          2
      DR/CR code                                             6
      Posting/internal/original tran code      311 / 311 / 311
      Transaction amount                            1,000.00-
      Serial/check number
      Str/run/bat/seq#              00/949/0000009/0001715/01
      Quantity for this transaction                          1
      Passbook/reversal flag                                /
      Substitute check flag
      Source of transaction/user ID            G / SYSTEM
      Description of transaction   WEB XFER TO DDA 000007483295




      F3=Exit    F15=Restart

```
20-0700-4D  Checking Account Inquiry - Detail History Data
      3-02-2016


Account number   ━━━━━━━   Short name  JOHNSON DANIEL C


          .-------------------Detail Information-------------------.
          Posting date julian/calendar            2015307 / 11-03-15
          Effective date julian/calendar          2015307 / 11-03-15
          Transaction number within day                          1
          DR/CR code                                             6
          Posting/internal/original tran code     311 / 311 / 311
          Transaction amount                            1,000.00-
          Serial/check number
          Str/run/bat/seq#            00/949/0000010/0000559/01
          Quantity for this transaction                          1
          Passbook/reversal flag                                 /
          Substitute check flag
          Source of transaction/user ID           G / SYSTEM
          Description of transaction   WEB XFER TO DDA 000007483295




  F3=Exit   F15=Restart
```

```
20-0700-4D  Checking Account Inquiry - Detail History Data
     3-02-2016


Account number    ████████    Short name  JOHNSON DANIEL C


          .------------------Detail Information--------------------.
          Posting date julian/calendar          2015321 / 11-17-15
          Effective date julian/calendar        2015321 / 11-17-15
          Transaction number within day                          1
          DR/CR code                                             6
          Posting/internal/original tran code     311 / 311 / 311
          Transaction amount                            1,000.00-
          Serial/check number
          Str/run/bat/seq#               00/949/0000010/0000491/01
          Quantity for this transaction                          1
          Passbook/reversal flag                                 /
          Substitute check flag
          Source of transaction/user ID              G / SYSTEM
          Description of transaction   WEB XFER TO DDA 000007483295
```



```
 F3=Exit   F15=Restart
```

```
20-0700-4D  Checking Account Inquiry - Detail History Data
    3-02-2016


Account number  ███████████  Short name  JOHNSON DANIEL C


        *-------------------Detail Information-------------------*
        Posting date julian/calendar          2015331 / 11-27-15
        Effective date julian/calendar        2015331 / 11-27-15
        Transaction number within day                          2
        DR/CR code                                             6
        Posting/internal/original tran code    311 / 311 / 311
        Transaction amount                              1,000.00-
        Serial/check number
        Str/run/bat/seq#              00/949/0000010/0001497/01
        Quantity for this transaction                          1
        Passbook/reversal flag                                 /
        Substitute check flag
        Source of transaction/user ID             G / SYSTEM
        Description of transaction   WEB XFER TO DDA 000007493295




    F3=Exit   F15=Restart
```


11-29-15
1   110    854
    H

First Financial
Bank NA                30

ERNIE D JOHNSON
10650 N PRIVATE RD 50 E
FARMERSBURG IN 47850

| Installment | 812-238-6326 |
| Mortgage | 812-238-6311 |
| Certificates | 812-238-6000 |
| Savings | 812-238-6000 |
| Checking | 812-238-6000 |
| Toll Free | 800-511-0045 |

Visit us at www.first-online.com

In case of error or questions about your electronic transactions
call 812 238-6000 or write us at PO Box 2122 Terre Haute In 47802

Effective January 1, 2016, a fee of $3.00 per paper statement will
be assessed to retail customers for printed and mailed checking
and savings statements. For those customers 62 years of age and
older and First Gold Club checking accounts, this fee will NOT be
assessed. The fee will be assessed on the third day of each month.

We encourage you to sign up for Online Banking and E-Statements.
This convenient and free service will allow you to obtain your
statements quicker and more securely from our online banking
website, www.first-online.com. And, it's better for the
environment. By enrolling in E-Statements, you will NOT be
assessed the $3.00 paper statement fee.

## Summary of Account

| | | |
|---|---|---|
| Previous Balance | 10-27-15 | 9,372.77 |
| +Deposits/Credits | 8 | 21,527.21 |
| -Checks/Debits | 176 | 26,224.09 |
| -Service Charge | | .00 |
| Current Balance | | 4,675.89 |
| Days in Statement Period | 33 | |

-F B
-F R

### TRANSACTION ACTIVITY

| DESCRIPTION | DEBIT | CREDIT | DATE |
|---|---|---|---|
| DEBIT MEMO | 1630.00- | | 10-28 |
| DEBIT MEMO | 640.00- | | 11-02 |
| WT110915 | 1399.75- | | 11-03 |
| DEBIT MEMO | 53.50- | | 11-04 |
| DEPOSIT | | 5261.73 | 11-06 |
| DEBIT MEMO | 2.00- | | 11-10 |
| DEPOSIT | | 4897.47 | 11-12 |
| DEPOSIT | | 8840.01 | 11-24 |
| DEBIT MEMO | 55.00- | | 11-25 |
| WO 8 112715 | 1262.40- | | 11-27 |

-F B
-F R

### EFT ACTIVITY

| DESCRIPTION | TRACER | DEBIT | CREDIT | DATE |
|---|---|---|---|---|
| POS Purchase 102615 201038 | | 112.18- | | 10-28 |
| SHELBURN LIQUOR | | | | |
| SHELBURN,IN | | | | |
| WEB XFER TO DDA 008508428077 | | 1000.00- | | 10-28 |
| POS Purchase 102715 200842 | | 38.89- | | 10-29 |
| OUTBACK 1515 | | | | |
| TERRE HAUTE,IN | | | | |
| POS Purchase 102715 200842 | | 48.54- | | 10-29 |
| BIG RED LIQUORS | | | | |
| TERRE HAUTE,IN | | | | |
| POS Purchase 102715 200842 | | 67.40- | | 10-29 |
| COMPLETE OUTDOO | | | | |
| TERRE HAUTE,IN | | | | |
| POS Purchase 102715 045557 | | 42.66- | | 10-29 |
| SUNOCO 04573994 | | | | |
| FARMERSBURG,IN | | | | |
| POS Purchase 102815 094148 | | 37.04- | | 10-29 |
| RUBY TUESDAY #7 | | | | |
| TERRE HAUTE,IN | | | | |
| UnitedHealthCare Web Pay | | 414.94- | | 10-29 |

Continued on Next Page

11-29-15
1    110

First Financial 
Bank NA

ERNIE D JOHNSON

Page    2

| | |
|---|---|
| Installment | 812-238-6326 |
| Mortgage | 812-238-6311 |
| Certificate | 812-238-6000 |
| Savings | 812-238-6000 |
| Checking | 812-238-6000 |
| Toll Free | 800-511-0045 |

ERNIE D. JOHNSON ID:3428

| | | |
|---|---|---|
| POS Purchase 102815 200844 | 49.95- | 10-30 |
| JOINK | | |
| 812-234-5100,IN | | |
| POS Purchase 102915 045410 | 53.18- | 10-30 |
| CINTAS 370 | | |
| 800-2468271,IN | | |
| POS Purchase 102915 045410 | 53.18- | 10-30 |
| CINTAS 370 | | |
| 800-2468271,IN | | |
| POS Purchase 102915 045410 | 53.18- | 10-30 |
| CINTAS 370 | | |
| 800-2468271,IN | | |
| POS Purchase 102915 045410 | 65.22- | 10-30 |
| CINTAS 370 | | |
| 800-2468271,IN | | |
| IND WITH TAX    INTAX | 146.95- | 10-30 |
| ERNIE D JOHNSON | | |
| POS Purchase 102915 201352 | 40.16- | 11-02 |
| BUFFALO WILD WI | | |
| TERRE HAUTE,IN | | |
| POS Purchase 102915 201352 | 21.61- | 11-02 |
| DOLLAR-GENERAL | | |
| FARMERSBURG,IN | | |
| POS Purchase 103015 195907 | 36.68- | 11-02 |
| TEXAS ROADHOUSE | | |
| TERRE HAUTE,IN | | |
| POS Purchase 103015 195907 | 14.87- | 11-02 |
| DOLLAR-GENERAL | | |
| FARMERSBURG,IN | | |
| POS Purchase 103015 043904 | 27.30- | 11-02 |
| SUNOCO 04573994 | | |
| FARMERSBURG,IN | | |
| POS Purchase 110115 234306 | 76.95- | 11-02 |
| SUN FACTORY TAN | | |
| TERRE HAUTE,IN | | |
| POS Recurring 110115 111415 | 327.42- | 11-02 |
| AT&T*BILL PAYME | | |
| 800-288-2020,TX | | |
| POS Purchase 110115 200737 | 60.30- | 11-03 |
| TGI FRIDAY'S 26 | | |
| TERRE HAUTE,IN | | |
| Withdrawal 110315 054816 | 100.00- | 11-03 |
| 819 WEST MAIN ST | | |
| FARMERSBURG,IN | | |
| POS Purchase 110215 094545 | 29.00- | 11-03 |
| CREW CARWASH 30 | | |
| INDIANPOLIS,IN | | |
| POS Purchase 110315 200951 | 51.70- | 11-04 |
| MCCORD TIRE SER | | |
| TERRE HAUTE,IN | | |
| POS Purchase 110215 200951 | 9.05- | 11-04 |
| KROCS BUTCHER S | | |
| 812-2088116,IN | | |
| POS Purchase 110215 200951 | 9.35- | 11-04 |
| DOLLAR-GENERAL | | |
| FARMERSBURG,IN | | |
| POS Purchase 110215 200951 | 48.39- | 11-04 |
| SHOW MES | | |

Continued on Next Page

11-29-15
1    110



First Financial
Bank NA

ERNIE D JOHNSON

Page    3

| | | |
|---|---|---|
| Installment | 812-238-6326 |
| Mortgage | 812-238-6311 |
| Certificate | 812-238-6000 |
| Savings | 812-238-6000 |
| Checking | 812-238-6000 |
| Toll Free | 800-511-0045 |

| | | |
|---|---|---|
| TERRE HAUTE,IN | | |
| POS Purchase 110215 045616 | 53.50- | 11-04 |
| SUNOCO 04573994 | | |
| FARMERSBURG,IN | | |
| POS Purchase 110315 095154 | 12.00- | 11-04 |
| E MARYLAND ST G | | |
| INDIANAPOLIS,IN | | |
| POS Purchase 110315 200849 | 47.30- | 11-05 |
| OUTBACK 1515 | | |
| TERRE HAUTE,IN | | |
| POS Purchase 110315 200849 | 25.05- | 11-05 |
| BUFFALO WILD WI | | |
| TERRE HAUTE,IN | | |
| POS Purchase 110315 200849 | 22.05- | 11-05 |
| SHOW MES | | |
| TERRE HAUTE,IN | | |
| POS Purchase 110415 234220 | 106.99- | 11-05 |
| SUN FACTORY TAN | | |
| TERRE HAUTE,IN | | |
| POS Purchase 110415 100359 | 65.26- | 11-05 |
| RUBY TUESDAY #7 | | |
| TERRE HAUTE,IN | | |
| WEB XFER FR SAV 001200779971 | 300.00 | 11-06 |
| POS Purchase 110415 201249 | 20.78- | 11-06 |
| DOLLAR-GENERAL | | |
| FARMERSBURG,IN | | |
| POS Purchase 110415 201249 | 51.87- | 11-06 |
| SHELBURN LIQUOR | | |
| SHELBURN,IN | | |
| POS Purchase 110415 201249 | 27.03- | 11-06 |
| SHOW MES | | |
| TERRE HAUTE,IN | | |
| Withdrawal 110615 075153 | 160.00- | 11-06 |
| 819 WEST MAIN ST | | |
| FARMERSBURG,IN | | |
| POS Purchase 110515 095755 | 24.06- | 11-06 |
| REAL HACIENDA | | |
| TERRE HAUTE,IN | | |
| POS Purchase 110515 201309 | 11.83- | 11-09 |
| BUFFALO WILD WI | | |
| TERRE HAUTE,IN | | |
| POS Purchase 110515 045937 | 284.60- | 11-09 |
| DISH NETWORK-ON | | |
| 800-894-9131,CO | | |
| POS Purchase 110615 200317 | 45.15- | 11-09 |
| TEXAS ROADHOUSE | | |
| TERRE HAUTE,IN | | |
| POS Purchase 110715 043857 | 47.26- | 11-09 |
| STATION BREAK S | | |
| TERRE HAUTE,IN | | |
| POS Purchase 110615 043857 | 50.26- | 11-09 |
| SUNOCO 04573994 | | |
| FARMERSBURG,IN | | |
| POS Purchase 110715 081436 | 52.92- | 11-09 |
| RUBY TUESDAY #7 | | |
| TERRE HAUTE,IN | | |
| Withdrawal 110815 113118 | 100.00- | 11-09 |
| 819 WEST MAIN ST | | |
| FARMERSBURG,IN | | |

Continued on Next Page

11-29-15
1       110



First Financial
Bank NA

ERNIE D JOHNSON

Page    4

| | | |
|---|---|---|
| Installment | 812-238-6326 |
| Mortgage | 812-238-6311 |
| Certificate | 812-238-6000 |
| Savings | 812-238-6000 |
| Checking | 812-238-6000 |
| Toll Free | 800-511-0045 |

| | | |
|---|---|---|
| POS Purchase 110715 205704 | 22.66- | 11-09 |
| BUFFALO WILD WI | | |
| TERRE HAUTE,IN | | |
| POS Purchase 110715 234921 | 71.66- | 11-09 |
| BIG RED LIQUORS | | |
| TERRE HAUTE,IN | | |
| WEB XFER TO SAV 001200779971 | 100.00- | 11-09 |
| WEB XFER FR DDA 008508428077 | 1000.00 | 11-10 |
| POS Purchase 110815 233647 | 30.43- | 11-10 |
| SHOW MES | | |
| TERRE HAUTE,IN | | |
| POS Purchase 110815 233647 | 370.33- | 11-10 |
| THE BUCKLE #142 | | |
| TERRE HAUTE,IN | | |
| POS Purchase 110915 233647 | 29.17- | 11-10 |
| APPLEBEES 08306 | | |
| TERRE HAUTE,IN | | |
| POS Purchase 110915 045902 | 5.99- | 11-10 |
| KROGER #987 | | |
| TERRE HAUTE,IN | | |
| POS Purchase 110915 094438 | 285.37- | 11-10 |
| SAMSCLUB #8135 | | |
| TERRE HAUTE,IN | | |
| Withdrawal 111015 193606 | 400.00- | 11-12 |
| 819 WEST MAIN ST | | |
| FARMERSBURG,IN | | |
| POS Purchase 110915 201237 | 27.71- | 11-12 |
| DOLLAR-GENERAL | | |
| FARMERSBURG,IN | | |
| POS Purchase 110915 201237 | 19.97- | 11-12 |
| CHEDDARS CASUAL | | |
| TERRE HAUTE,IN | | |
| Withdrawal 111115 184950 | 100.00- | 11-12 |
| 819 WEST MAIN ST | | |
| FARMERSBURG,IN | | |
| POS Purchase 111015 200836 | 21.30- | 11-12 |
| BUFFALO WILD WI | | |
| TERRE HAUTE,IN | | |
| POS Purchase 111015 200836 | 8.89- | 11-12 |
| BUFFALO WILD WI | | |
| TERRE HAUTE,IN | | |
| POS Purchase 111015 200836 | 5.62- | 11-12 |
| SUBWAY      0 | | |
| FARMERSBURG,IN | | |
| POS Purchase 111015 200836 | 23.56- | 11-12 |
| DOLLAR-GENERAL | | |
| FARMERSBURG,IN | | |
| POS Purchase 111115 101946 | 55.06- | 11-12 |
| RUBY TUESDAY #7 | | |
| TERRE HAUTE,IN | | |
| POS Purchase 111115 201031 | 4.42- | 11-13 |
| SUBWAY      0 | | |
| FARMERSBURG,IN | | |
| POS Purchase 111115 201031 | 8.65- | 11-13 |
| SHELBURN LIQUOR | | |
| SHELBURN,IN | | |
| POS Purchase 111115 201031 | 22.44- | 11-13 |
| SHOW MES | | |
| TERRE HAUTE,IN | | |

Continued on Next Page

11-29-15
1          110



First Financial
Bank NA

ERNIE D JOHNSON

          Page      5

| | Installment | 812-238-6326 |
| --- | --- | --- |
| | Mortgage | 812-238-6311 |
| | Certificate | 812-238-6000 |
| | Savings | 812-238-6000 |
| | Checking | 812-238-6000 |
| | Toll Free | 800-511-0045 |

| | | |
| --- | --- | --- |
| POS Purchase 111115 233912<br>KROCS BUTCHER S<br>812-2088116,IN | 8.61- | 11-13 |
| POS Purchase 111115 045611<br>SUNOCO 04573994<br>FARMERSBURG,IN | 44.01- | 11-13 |
| POS Purchase 111215 102646<br>M HOGGERS BREWE<br>TERRE HAUTE,IN | 29.08- | 11-13 |
| WEB XFER TO SAV 001200779971 | 100.00- | 11-13 |
| WEB XFER TO DDA 008508428077 | 1000.00- | 11-13 |
| POS Return 111315 095953<br>CREW CARWASH 99<br>INDIANAPOLIS,IN | 58.00 | 11-16 |
| Withdrawal 111315 185440<br>819 WEST MAIN ST<br>FARMERSBURG,IN | 100.00- | 11-16 |
| POS Recurring 111315 201206<br>SXM*SIRIUSXM.CO<br>888-635-5144,NY | 330.07- | 11-16 |
| POS Purchase 111215 201206<br>OUTBACK 1515<br>TERRE HAUTE,IN | 50.52- | 11-16 |
| POS Purchase 111215 201206<br>CHILI'S #020<br>TERRE HAUTE,IN | 50.17- | 11-16 |
| POS Purchase 111215 201206<br>BUFFALO WILD WI<br>TERRE HAUTE,IN | 18.11- | 11-16 |
| POS Purchase 111215 234119<br>BIG RED LIQUORS<br>TERRE HAUTE,IN | 37.43- | 11-16 |
| POS Purchase 111315 095953<br>CREW CARWASH 99<br>INDIANAPOLIS,IN | 44.74- | 11-16 |
| POS Purchase 111315 195915<br>TGI FRIDAY'S 26<br>TERRE HAUTE,IN | 42.03- | 11-16 |
| POS Purchase 111315 233437<br>OLIVE GARDEN  O<br>TERRE HAUTE,IN | 67.09- | 11-16 |
| POS Purchase 111415 081444<br>RUBY TUESDAY #7<br>TERRE HAUTE,IN | 46.33- | 11-16 |
| POS Purchase 111415 081444<br>WAL-MART #1310<br>TERRE HAUTE,IN | 60.03- | 11-16 |
| POS Purchase 111415 205112<br>TEXAS ROADHOUSE<br>TERRE HAUTE,IN | 37.49- | 11-16 |
| POS Purchase 111415 234730<br>SONKA IRISH PUB<br>812-2348802,IN | 7.55- | 11-16 |
| POS Purchase 111315 234730<br>BIG RED LIQUORS<br>TERRE HAUTE,IN | 12.75- | 11-16 |
| Withdrawal 111615 171104<br>819 WEST MAIN ST<br>FARMERSBURG,IN | 40.00- | 11-17 |

Continued on Next Page

11-29-15
1    110



First Financial
Bank NA

ERNIE D JOHNSON

Page    6

| | | |
|---|---|---|
| Installment | 812-238-6326 |
| Mortgage | 812-238-6311 |
| Certificate | 812-238-6000 |
| Savings | 812-238-6000 |
| Checking | 812-238-6000 |
| Toll Free | 800-511-0045 |

| | | |
|---|---|---|
| POS Purchase 111515 200921 | 44.64- | 11-17 |
| OUTBACK 1515 | | |
| TERRE HAUTE,IN | | |
| POS Purchase 111515 200921 | 109.76- | 11-17 |
| STAPLES      0 | | |
| TERRE HAUTE,IN | | |
| POS Purchase 111515 200921 | 4.82- | 11-17 |
| SUBWAY      0 | | |
| FARMERSBURG,IN | | |
| POS Purchase 111515 233904 | 312.23- | 11-17 |
| VERIZON WRLS M1 | | |
| TERRE HAUTE,IN | | |
| POS Purchase 111615 233904 | 79.74- | 11-17 |
| APPLEBEES 08306 | | |
| TERRE HAUTE,IN | | |
| POS Purchase 111515 045605 | 41.43- | 11-17 |
| SUNOCO 04573994 | | |
| FARMERSBURG,IN | | |
| CAPITAL ONE ARC  CHECK PYMT | 183.00- | 11-17 |
| SERIAL NUMBER: 1428 | | |
| 752910553206756021200 9 | | |
| POS Purchase 111615 200631 | 34.06- | 11-18 |
| OUTBACK 1515 | | |
| TERRE HAUTE,IN | | |
| POS Purchase 111615 200631 | 35.98- | 11-18 |
| BUFFALO WILD WI | | |
| TERRE HAUTE,IN | | |
| POS Purchase 111615 200631 | 32.09- | 11-18 |
| BIG RED LIQUORS | | |
| TERRE HAUTE,IN | | |
| POS Purchase 111715 045558 | 38.32- | 11-18 |
| VALLEY ELECTRIC | | |
| TERRE HAUTE,IN | | |
| POS Purchase 111615 045558 | 3.94- | 11-18 |
| SUNOCO 04573994 | | |
| FARMERSBURG,IN | | |
| POS Recurring 111815 094124 | 36.99- | 11-18 |
| AOL* SERVICE | | |
| 800-827-6364,NY | | |
| POS Purchase 111715 094124 | 22.50- | 11-18 |
| SMARTSTYLE | | |
| TERRE HAUTE,IN | | |
| POS Purchase 111715 094124 | 23.52- | 11-18 |
| 7TH & 70 LIQUOR | | |
| TERREHAUTE,IN | | |
| HARLAND CLARKE   CHK ORDER | 34.75- | 11-18 |
| ERNIE D  JOHNSON ID:5200 | | |
| WEB XFER FR DDA 008508428077 | 1000.00 | 11-19 |
| POS Purchase 111715 201130 | 24.70- | 11-19 |
| BUFFALO WILD WI | | |
| TERRE HAUTE,IN | | |
| POS Purchase 111715 201130 | 9.31- | 11-19 |
| SUBWAY      0 | | |
| FARMERSBURG,IN | | |
| POS Purchase 111715 201130 | 28.36- | 11-19 |
| DOLLAR-GENERAL | | |
| FARMERSBURG,IN | | |
| POS Purchase 111715 201130 | 20.44- | 11-19 |
| SHOW MES | | |

Continued on Next Page

11-29-15
1    110



First Financial
Bank NA

ERNIE D JOHNSON

Page    7

| | | |
|---|---|---|
| Installment | 812-238-6326 |
| Mortgage | 812-238-6311 |
| Certificate | 812-238-6000 |
| Savings | 812-238-6000 |
| Checking | 812-238-6000 |
| Toll Free | 800-511-0045 |

```
TERRE HAUTE,IN
POS Purchase 111815 233802              4.98-                 11-19
STARBUCKS #1395
TERRE HAUTE,IN
POS Purchase 111815 201231             57.47-                 11-20
OUTBACK 1515
TERRE HAUTE,IN
POS Purchase 111915 201231              4.98-                 11-20
STARBUCKS #1395
TERRE HAUTE,IN
POS Purchase 111815 201231             13.83-                 11-20
BUFFALO WILD WI
TERRE HAUTE,IN
POS Purchase 111815 234013             23.69-                 11-20
LA PACHANGA
SULLIVAN,IN
POS Purchase 111815 045812              3.30-                 11-20
SUNOCO 04573994
FARMERSBURG,IN
POS Purchase 111915 094553             15.00-                 11-20
WALGREENS #7443
TERRE HAUTE,IN
WEB XFER FR SAV 001200779971                   150.00 11-23
POS Purchase 111915 201208             41.72-                 11-23
CHILI'S #020
TERRE HAUTE,IN
POS Purchase 111915 234023             38.70-                 11-23
SHELBURN LIQUOR
SHELBURN,IN
POS Purchase 111915 234023             15.58-                 11-23
SHOW MES
TERRE HAUTE,IN
POS Purchase 111915 045830             28.25-                 11-23
THE COPPER BAR
TERRE HAUTE,IN
POS Purchase 112015 095658             23.12-                 11-23
RUBY TUESDAY #7
TERRE HAUTE,IN
POS Purchase 112115 170202             50.00-                 11-23
WM SUPERCENTER
TERRE HAUTE,IN
POS Purchase 112015 200018             19.98-                 11-23
AMC TERRE HAUTE
TERRE HAUTE,IN
POS Purchase 112015 200018             14.43-                 11-23
AMC TERRE HAUTE
TERRE HAUTE,IN
POS Recurring 112115 043848            74.10-                 11-23
ABC*ANYTIME FIT
800-6226290,IN
POS Purchase 112115 081533            193.26-                 11-23
WM SUPERCENTER
TERRE HAUTE,IN
POS Purchase 112115 081533             19.98-                 11-23
RUBY TUESDAY #7
TERRE HAUTE,IN
POS Purchase 112115 204902              7.22-                 11-23
SUBWAY       0
FARMERSBURG,IN
```

Continued on Next Page

11-29-15
1   110

First Financial
Bank NA

ERNIE D JOHNSON

------  ------        Page      8

| | | |
|---|---|---|
| Installment | 812-238-6326 |
| Mortgage | 812-238-6311 |
| Certificate | 812-238-6000 |
| Savings | 812-238-6000 |
| Checking | 812-238-6000 |
| Toll Free | 800-511-0045 |

| | | |
|---|---|---|
| POS Purchase 112215 234816<br>APPLEBEES 08306<br>TERRE HAUTE,IN | 40.89- | 11-23 |
| POS Purchase 112115 234816<br>CHEDDARS CASUAL<br>TERRE HAUTE,IN | 23.23- | 11-23 |
| POS Purchase 112115 050154<br>SUNOCO 04573994<br>FARMERSBURG,IN | 41.28- | 11-23 |
| POS Purchase 112215 094306<br>PANERA BREAD #1<br>TERRE HAUTE,IN | 13.78- | 11-23 |
| POS Purchase 112115 094306<br>BATH & BODY WOR<br>TERRE HAUTE,IN | 136.96- | 11-23 |
| Withdrawal 112315 120746<br>819 WEST MAIN ST<br>FARMERSBURG,IN | 60.00- | 11-23 |
| POS Purchase 112315 094538<br>RUBY TUESDAY #7<br>TERRE HAUTE,IN | 44.96- | 11-24 |
| POS Purchase 112315 201055<br>DOLLAR-GENERAL<br>FARMERSBURG,IN | 17.95- | 11-25 |
| POS Purchase 112315 201055<br>DOLLAR-GENERAL<br>FARMERSBURG,IN | 12.75- | 11-25 |
| POS Purchase 112315 201055<br>DOLLAR-GENERAL<br>FARMERSBURG,IN | 13.05- | 11-25 |
| POS Purchase 112315 201055<br>SHOW MRS<br>TERRE HAUTE,IN | 22.05- | 11-25 |
| POS Purchase 112315 045515<br>SUNOCO 07501703<br>FARMERSBURG,IN | 72.62- | 11-25 |
| POS Purchase 112415 201119<br>OUTBACK 1515<br>TERRE HAUTE,IN | 26.12- | 11-27 |
| POS Purchase 112415 201119<br>SHOW MES<br>TERRE HAUTE,IN | 22.05- | 11-27 |
| POS Purchase 112515 050249<br>KROGER #987<br>TERRE HAUTE,IN | 31.00- | 11-27 |
| POS Purchase 112515 094830<br>SMARTSTYLE<br>TERRE HAUTE,IN | 21.50- | 11-27 |
| POS Purchase 112515 094830<br>WAL-MART #1310<br>TERRE HAUTE,IN | 98.66- | 11-27 |
| POS Purchase 112515 201035<br>DOLLAR-GENERAL<br>FARMERSBURG,IN | 25.48- | 11-27 |
| POS Purchase 112515 233759<br>OLIVE GARDEN  0<br>TERRE HAUTE,IN | 73.65- | 11-27 |
| WEB XFER TO SAV 001200779971 | 150.00- | 11-27 |
| WEB XFER TO DDA 008500428077 | 1000.00- | 11-27 |

Continued on Next Page

11-29-15
110

First Financial
Bank NA

ERNIE D JOHNSON

Page     9

| | |
|---|---|
| Installment | 812-238-6326 |
| Mortgage | 812-238-6311 |
| Certificate | 812-238-6000 |
| Savings | 812-238-6000 |
| Checking | 812-238-6000 |
| Toll Free | 800-511-0045 |

*- - - - - - - -CHECKS PAID- - - - - - - - - - - *-F R

| No. | Date | Amount | No. | Date | Amount |
|---|---|---|---|---|---|
| 1385 | 11-27 | 391.75 | 1419 | 11-06 | 1253.63 |
| 1386 | 11-25 | 1000.00 | 1420 | 11-12 | 376.05 |
| 1409* | 11-05 | 92.55 | 1421 | 11-13 | 90.00 |
| 1410 | 10-30 | 420.13 | 1422 | 11-16 | 95.25 |
| 1411 | 11-02 | 932.84 | 1424* | 11-16 | 220.89 |
| 1413* | 10-30 | 200.00 | 1425 | 11-17 | 480.75 |
| 1414 | 10-30 | 50.00 | 1426 | 11-13 | 171.65 |
| 1415 | 11-06 | 60.00 | 1427 | 11-19 | 117.45 |
| 1416 | 11-09 | 434.15 | 1430* | 11-16 | 600.00 |
| 1417 | 11-06 | 420.13 | 1431 | 11-20 | 68.13 |
| 1418 | 11-09 | 1851.50 | 1432 | 11-23 | 93.20 |

*- - - - - -DAILY BALANCE SUMMARY- - - - - - *-F R

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10-27 | 9372.77 | 10-28 | 6580.59 | 10-29 | 5931.12 |
| 10-30 | 4839.33 | 11-02 | 2721.50 | 11-03 | 1132.45 |
| 11-04 | 854.96 | 11-05 | 495.76 | 11-06 | 4059.99 |
| 11-09 | 988.00 | 11-10 | 1264.71 | 11-12 | 5124.02 |
| 11-13 | 3645.16 | 11-16 | 1882.71 | 11-17 | 616.34 |
| 11-18 | 354.19 | 11-19 | 1148.95 | 11-20 | 962.55 |
| 11-23 | 176.87 | 11-24 | 8971.92 | 11-25 | 7778.50 |
| 11-27 | 4675.89 | | .00 | | .00 |

*- - - - OVERDRAFT CHARGES/REFUNDS SUMMARY- - - - - *-F R

| | This Cycle | YTD |
|---|---|---|
| Total returned item fees | .00 | 1,122.00 |
| Total overdraft fees | .00 | 1,802.00 |
| Total fees charged | .00 | 2,924.00 |

| | This Cycle | YTD |
|---|---|---|
| Refund of returned check fees | .00 | .00 |
| Refund of paid check fees | .00 | .00 |
| Total fees refunded | .00 | .00 |

END OF STATEMENT

9-28-15
6    110    854
M

First Financial
Bank NA          12

ERNIE D JOHNSON
10650 N PRIVATE RD 50 E
FARMERSBURG IN 47850

Installment    812-238-6326
Mortgage       812-238-6311
Certificates   812-238-6000
Savings        812-238-6000
Checking       812-238-6000
Toll Free      800-511-0045

Visit us at www.first-online.com

In case of error or questions about your electronic transactions
call 812 238-6000 or write us at PO Box 2122 Terre Haute In 47802

Summary of Account 8508420548

Previous Balance        8-27-15        1,231.59-
+Deposits/Credits          4          93,976.87
-Checks/Debits            70          20,487.81
-Service Charge                            .00
Current Balance                       72,257.47  -F R
Days in Statement Period  32

-F B    *- - - - - - -TRANSACTION ACTIVITY- - - - - - - - - -*-F R

| DESCRIPTION | DEBIT | CREDIT | DATE |
|---|---|---|---|
| RET NSF/OD FEE 000000000001362 | 34.00- | | 9-03 |
| INSUFFICIENT FUNDS | | | |
| RET NSF/OD FEE 000000000001363 | 34.00- | | 9-03 |
| INSUFFICIENT FUNDS | | | |
| W023 | 1245.00- | | 9-04 |
| DEPOSIT | | 10000.00 | 9-04 |
| REDEPCHECK | 299.00- | | 9-09 |
| MM PHOTO INC | | | |
| SERIAL NUMBER: 1361 | | | |
| PD NSF/OD Fee 000000000001361 | 34.00- | | 9-09 |
| INSUFFICIENT FUNDS | | | |
| PD NSF/OD Fee | 34.00- | | 9-10 |
| INSUFFICIENT FUNDS | | | |
| RET NSF/OD FEE 000000000001362 | 34.00- | | 9-14 |
| INSUFFICIENT FUNDS | | | |
| PD NSF/OD Fee | 34.00- | | 9-15 |
| INSUFFICIENT FUNDS | | | |
| PD NSF/OD Fee | 34.00- | | 9-15 |
| INSUFFICIENT FUNDS | | | |
| PD NSF/OD Fee 000000000000911 | 34.00- | | 9-15 |
| INSUFFICIENT FUNDS | | | |
| RET NSF/OD FEE | 34.00- | | 9-17 |
| INSUFFICIENT FUNDS | | | |
| RET NSF/OD FEE | 34.00- | | 9-21 |
| INSUFFICIENT FUNDS | | | |
| DEPOSIT | | 5563.42 | 9-22 |
| DEPOSIT | | 14092.35 | 9-25 |
| DEPOSIT | | 64321.10 | 9-28 |

-F B    *- - - - - - - -EFT ACTIVITY- - - - - - - - - -*-F R

| DESCRIPTION | TRACER | DEBIT | CREDIT | DATE |
|---|---|---|---|---|
| WEB FR DDA TO SAV 001200779971 | | 100.00- | | 9-04 |
| CUBE | | | | |
| , 153157002151 | | | | |
| POS Recurring 090415 050213 | | 103.10- | | 9-08 |
| ABC*ANYTIME FIT | | | | |
| 800-6226290,IN | | | | |
| POS Recurring 090415 095341 | | 317.32- | | 9-08 |
| AT&T*BILL PAYME | | | | |
| 800-288-2020,TX | | | | |
| POS Recurring 090515 095341 | | 36.99- | | 9-08 |
| AOL* SERVICE | | | | |
| 800-827-6364,NY | | | | |
| POS Purchase 090515 200339 | | 160.98- | | 9-08 |
| DTV*DIRECTV SER | | | | |
| 800-347-3288,CA | | | | |

Continued on Next Page

```
20-0700-4D  Checking Account Inquiry - Detail History Data
     3-02-2016


Account number  ▐▐▐▐▐▐▐▐▐  Short name  JOHNSON DANIEL C


        *-------------------Detail Information-------------------*
        Posting date julian/calendar          2015247 /  9-04-15
        Effective date julian/calendar        2015247 /  9-04-15
        Transaction number within day                           1
        DR/CR code                                              6
        Posting/internal/original tran code      311 / 311 / 311
        Transaction amount                                700.00-
        Serial/check number
        Str/run/bat/seq#                 00/949/0000010/0000145/01
        Quantity for this transaction                           1
        Passbook/reversal flag                                  /
        Substitute check flag
        Source of transaction/user ID              G / SYSTEM
        Description of transaction   WEB FR DDA TO DDA 000007483205
                              CWEB

                         ,  170314002343




     F3=Exit    F15=Restart
```

9-28-15
110

First Financial
Bank NA

ERNIE D JOHNSON

Page    2

| | | |
|---|---|---|
| Installment | 812-238-6326 |
| Mortgage | 812-238-6311 |
| Certificate | 812-238-6000 |
| Savings | 812-238-6000 |
| Checking | 812-238-6000 |
| Toll Free | 800-511-0045 |

| | | |
|---|---|---|
| POS Purchase 090415 200339<br>CASEYS GEN STOR<br>OAKTOWN,IN | 12.16- | 9-08 |
| POS Purchase 090515 233545<br>SUN FACTORY TAN<br>TERRE HAUTE,IN | 76.95- | 9-08 |
| POS Purchase 090415 043839<br>SUNOCO 04573994<br>FARMERSBURG,IN | 26.55- | 9-08 |
| POS Purchase 090415 043839<br>SUNOCO 04573994<br>FARMERSBURG,IN | 55.50- | 9-08 |
| POS Purchase 090515 081738<br>BUFFALO WILD WI<br>VINCENNES,IN | 64.41- | 9-08 |
| POS Purchase 090515 081738<br>MIKES CARWASH 3<br>INDIANPOLIS,IN | 29.00- | 9-08 |
| POS Purchase 090415 205257<br>SHELBURN LIQUOR<br>SHELBURN,IN | 22.01- | 9-08 |
| POS Purchase 090615 094749<br>WM SUPERCENTER<br>TERRE HAUTE,IN | 81.85- | 9-08 |
| Withdrawal 090715 130927<br>819 WEST MAIN ST<br>FARMERSBURG,IN | 100.00- | 9-08 |
| Withdrawal 090715 150040<br>819 WEST MAIN ST<br>FARMERSBURG,IN | 60.00- | 9-08 |
| POS Purchase 090615 200937<br>SUBWAY      0<br>FARMERSBURG,IN | 4.01- | 9-08 |
| POS Purchase 090515 233801<br>SHELBURN LIQUOR<br>SHELBURN,IN | 95.70- | 9-08 |
| POS Purchase 090615 045231<br>SUNOCO 04573994<br>FARMERSBURG,IN | 23.53- | 9-08 |
| POS Purchase 090615 045231<br>SUNOCO 04573994<br>FARMERSBURG,IN | 15.34- | 9-08 |
| POS Purchase 090715 201033<br>OUTBACK 1515<br>TERRE HAUTE,IN | 39.36- | 9-10 |
| POS Recurring 091315 205213<br>SXM*SIRIUSXM.CO<br>888-635-5144,NY | 12.18- | 9-15 |
| Credit Bureau Da CHECK PMTS<br>SERIAL NUMBER: 911 | 45.00- | 9-15 |
| Withdrawal 091415 131847<br>819 WEST MAIN ST<br>FARMERSBURG,IN | 100.00- | 9-15 |
| Withdrawal 092215 143659<br>819 WEST MAIN ST<br>FARMERSBURG,IN | 200.00- | 9-22 |
| WEB XFER TO SAV 001200779971 | 100.00- | 9-22 |
| POS Purchase 092215 094124<br>WM SUPERCENTER | 147.74- | 9-23 |

Continued on Next Page

9-28-15

6      110

First Financial
Bank NA

ERNIE D JOHNSON

___ ___
        Page      3

| | | |
|---|---|---|
| Installment | 812-238-6326 | |
| Mortgage | 812-238-6311 | |
| Certificate | 812-238-6000 | |
| Savings | 812-238-6000 | |
| Checking | 812-238-6000 | |
| Toll Free | 800-511-0045 | |

| | | |
|---|---|---|
| TERRE HAUTE,IN | | |
| JDF WEB PAY     INTERNET | 295.27- | 9-23 |
| JOHNSON ERNIE DANI ID:2149 | | |
| POS Purchase 092215 201032 | 70.12- | 9-24 |
| OUTBACK 1515 | | |
| TERRE HAUTE,IN | | |
| POS Purchase 092215 201032 | 28.83- | 9-24 |
| TERRE HAUTE S O | | |
| TERRE HAUTE,IN | | |
| POS Purchase 092215 045358 | 1500.00- | 9-24 |
| SUNOCO 07501703 | | |
| FARMERSBURG,IN | | |
| POS Recurring 092315 045358 | 93.60- | 9-24 |
| ABC*ANYTIME FIT | | |
| 800-6226290,IN | | |
| Withdrawal 092415 075853 | 700.00- | 9-24 |
| 819 WEST MAIN ST | | |
| FARMERSBURG,IN | | |
| POS Recurring 092415 094335 | 36.99- | 9-24 |
| AOL* SERVICE | | |
| 800-827-6364,NY | | |
| ReserveNational  Autopay | 450.75- | 9-24 |
| ERNIE JOHNSON ID:9893 | | |
| POS Purchase 092515 084215 | 153.00- | 9-25 |
| PROGRESSIVE  IN | | |
| MAYFIELD VLG,OH | | |
| WEB XFER TO DDA 008508428077 | 1000.00- | 9-25 |
| MONITRONICS     ALARM MON | 170.97- | 9-25 |
| SCHEDULED PAYMENT *SER ID:2187 | | |
| MONITRONICS     ALARM MON | 170.97- | 9-25 |
| SCHEDULED PAYMENT *SER ID:2188 | | |
| Withdrawal 092615 112909 | 140.00- | 9-28 |
| 819 WEST MAIN ST | | |
| FARMERSBURG,IN | | |
| POS Purchase 092515 200120 | 387.49- | 9-28 |
| CATLIN AUTOMOTI | | |
| SULLIVAN,IN | | |
| POS Purchase 092515 200120 | 102.40- | 9-28 |
| JOINK | | |
| 812-234-5100,IN | | |
| POS Purchase 092515 205602 | 194.28- | 9-28 |
| WHOLESALE DRAIN | | |
| TERRE HAUTE,IN | | |
| POS Purchase 092615 234612 | 23.45- | 9-28 |
| KROCS BUTCHER S | | |
| 812-2088116,IN | | |
| POS Purchase 092615 050328 | 14.38- | 9-28 |
| SUNOCO 04573994 | | |
| FARMERSBURG,IN | | |
| POS Purchase 092615 050328 | 30.91- | 9-28 |
| SUNOCO 04573994 | | |
| FARMERSBURG,IN | | |
| Withdrawal 092815 082849 | 200.00- | 9-28 |
| 819 WEST MAIN ST | | |
| FARMERSBURG,IN | | |
| WEB XFER TO DDA 008508428077 | 1000.00- | 9-28 |
| CINTAS-RENTAL    EPAY-RENT | 341.46- | 9-28 |
| ERNIE JOHNSON ID:3720 | | |
| JDF WEB PAY      INTERNET | 1161.96- | 9-28 |

Continued on Next Page

```
 9-28-15
6    110                              First Financial
                                      Bank NA


        ERNIE D JOHNSON               Installment   812-238-6326
                                      Mortgage      812-238-6311
   ___  ___      Page    4            Certificate   812-238-6000
   ___  ___                           Savings       812-238-6000
                                      Checking      812-238-6000
                                      Toll Free     800-511-0045



JOHNSON ERNIE DANI ID:4004
REPUBLICSERVICES RSIBILLPAY                      365.82-              9-28
JOHNSON FARMS ID:1813
```

-F B         *- - - - - - - -CHECKS PAID- - - - - - - - - - *-F R

| No. | Date | Amount | No. | Date | Amount |
|---|---|---|---|---|---|
| 1365 | 9-08 | 348.97 | 1372 | 9-28 | 434.15 |
| 1366 | 9-04 | 392.86 | 1373 | 9-28 | 210.00 |
| 1367 | 9-04 | 2812.66 | 1377* | 9-28 | 1000.00 |
| 1371* | 9-28 | 342.84 | 9999* | 9-04 | 2400.00 |

-F B         *- - - - - - -DAILY BALANCE SUMMARY- - - - - - - - *-F R

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8-27 | 1231.59- | 9-03 | 1299.59- | 9-04 | 1749.89 |
| 9-08 | 115.52 | 9-09 | 217.48- | 9-10 | 290.84- |
| 9-14 | 324.84- | 9-15 | 584.02- | 9-17 | 618.02- |
| 9-21 | 652.02- | 9-22 | 4611.40 | 9-23 | 4168.39 |
| 9-24 | 1288.10 | 9-25 | 13451.36 | 9-28 | 72257.47 |

-F B         *- - - - OVERDRAFT CHARGES/REFUNDS SUMMARY- - - - -*-F R

| | This Cycle | YTD |
|---|---|---|
| Total returned item fees | 170.00 | 1,122.00 |
| Total overdraft fees | 170.00 | 1,802.00 |
| Total fees charged | 340.00 | 2,924.00 |

| | This Cycle | YTD |
|---|---|---|
| Refund of returned check fees | .00 | .00 |
| Refund of paid check fees | .00 | .00 |
| Total fees refunded | .00 | .00 |

END OF STATEMENT

```
  10-27-15
5  110    854                        First Financial
   M                                 Bank NA              41
```

```
   ERNIE D JOHNSON              Installment   812-238-6326
___ ___  10650 N PRIVATE RD 50 E  Mortgage      812-238-6311
   FARMERSBURG IN 47850         Certificates  812-238-6000
                               Savings       812-238-6000
                               Checking      812-238-6000
                               Toll Free     800-511-9045
```

Visit us at www.first-online.com

In case of error or questions about your electronic transactions
call 812 238-6000 or write us at PO Box 2122 Terre Haute In 47802

Summary of Account 8508420548

```
       Previous Balance    9-28-15          72,257.47
       +Deposits/Credits        4           74,475.07
       -Checks/Debits         167          137,359.77
       -Service Charge                           .00
-F B       Current Balance                   9,372.77  -F R
       Days in Statement Period     29
```

-F B      *- - - - - - - -TRANSACTION ACTIVITY- - - - - - - - -*-F R

| DESCRIPTION | DEBIT | CREDIT | DATE |
|---|---|---|---|
| DEPOSIT | | 9435.37 | 9-29 |
| DEBIT MEMO | 2500.00- | | 9-29 |
| DEPOSIT | | 32324.67 | 10-05 |
| DEBIT MEMO | 5000.00- | | 10-05 |
| DEPOSIT | | 21526.93 | 10-07 |
| WO 2 100815 | 2100.61- | | 10-08 |
| DEPOSIT | | 11188.10 | 10-13 |
| EFT Withdrawal SERVICE CHARGE RF#528300001840 | 1.00- | | 10-13 |
| EFT Withdrawal SERVICE CHARGE RF#529000796066 | 1.00- | | 10-19 |

-F B      *- - - - - - - - -EFT ACTIVITY- - - - - - - - - - -*-F R

| DESCRIPTION | TRACER | DEBIT | CREDIT | DATE |
|---|---|---|---|---|
| POS Purchase 092715 201356 DOLLAR-GENERAL FARMERSBURG,IN | | 18.35- | | 9-29 |
| POS Purchase 092715 201356 DOLLAR-GENERAL FARMERSBURG,IN | | 30.15- | | 9-29 |
| POS Purchase 092615 201356 CATLIN AUTOMOTI SULLIVAN,IN | | 19.69- | | 9-29 |
| POS Purchase 092815 233852 APPLEBEES 08306 TERRE HAUTE,IN | | 39.04- | | 9-29 |
| IND WITH TAX  INTAX ERNIE D JOHNSON | | 167.36- | | 9-29 |
| IND WITH TAX  INTAX ERNIE D JOHNSON | | 204.41- | | 9-29 |
| CINTAS-RENTAL  EPAY-RENT ERNIE JOHNSON ID:4346 | | 277.12- | | 9-29 |
| POS Purchase 092815 233810 BIG RED LIQUORS TERRE HAUTE,IN | | 36.79- | | 9-30 |
| POS Purchase 092915 094933 WAL-MART #1310 TERRE HAUTE,IN | | 136.84- | | 9-30 |
| IRS  USATAXPYMT ERNIE DANIEL JOHNSON J ID:8634 | | 4781.46- | | 9-30 |
| NATIONWIDE MUTUA CHECKPAYMT SERIAL NUMBER: 1369 000000000000 | | 1047.87- | | 9-30 |
| POS Purchase 092915 201146 RED LOBSTER USO TERRE HAUTE,IN | | 10.05- | | 10-01 |

Continued on Next Page

10-27-15
5    110



First Financial
Bank NA

ERNIE D JOHNSON

Page     2

| | |
|---|---|
| Installment | 812-238-6326 |
| Mortgage | 812-238-6311 |
| Certificate | 812-238-6000 |
| Savings | 812-238-6000 |
| Checking | 812-238-6000 |
| Toll Free | 800-511-0045 |

| | | |
|---|---|---|
| POS Purchase 092915 201146<br>RED LOBSTER USO<br>TERRE HAUTE,IN | 96.88- | 10-01 |
| POS Purchase 092915 050015<br>SUNOCO 04573994<br>FARMERSBURG,IN | 47.86- | 10-01 |
| UnitedHealthCare Web Pay<br>ERNIE JOHNSON ID:0719 | 414.94- | 10-01 |
| JDF WEB PAY    INTERNET<br>JOHNSON ERNIE DANI ID:4004 | 2000.00- | 10-01 |
| POS Recurring 093015 201104<br>AT&T*BILL PAYME<br>800-288-2020,TX | 317.32- | 10-02 |
| POS Purchase 100115 234013<br>SUN FACTORY TAN<br>TERRE HAUTE,IN | 76.95- | 10-02 |
| POS Purchase 093015 045947<br>WABASH VALLEY H<br>HUTSONVILLE,IL | 1937.33- | 10-02 |
| Withdrawal 100215 134906<br>819 WEST MAIN ST<br>FARMERSBURG,IN | 200.00- | 10-02 |
| POS Purchase 100115 201633<br>OUTBACK 1615<br>TERRE HAUTE,IN | 23.91- | 10-05 |
| POS Purchase 100115 201633<br>RED LOBSTER USO<br>TERRE HAUTE,IN | 75.25- | 10-05 |
| POS Purchase 100215 100720<br>CREW CARWASH 30<br>INDIANPOLIS,IN | 29.00- | 10-05 |
| POS Purchase 100215 100720<br>BANE-WELKER EQU<br>TERRE HAUTE,IN | 954.48- | 10-05 |
| POS Purchase 100215 200136<br>CHILIS 300    7<br>HOLLAND,OH | 39.20- | 10-05 |
| POS Purchase 100215 043705<br>SUNOCO 04573994<br>FARMERSBURG,IN | 31.93- | 10-05 |
| POS Purchase 100315 205549<br>MONTANA MIKE'S<br>ANDERSON,IN | 67.06- | 10-05 |
| POS Purchase 100315 205549<br>SHELL OIL 57446<br>HOLLAND,OH | 52.00- | 10-05 |
| POS Purchase 100215 234739<br>PASTIME TOURNAM<br>317-2012358,IN | 927.00- | 10-05 |
| POS Purchase 100215 234739<br>MARATHONEVENTMA<br>317-2012358,IN | 50.00- | 10-05 |
| POS Purchase 100215 050249<br>QUALITY INN HOL<br>HOLLAND,OH | 76.16- | 10-05 |
| POS Purchase 100315 050249<br>QUALITY INN HOL<br>HOLLAND,OH | 76.16- | 10-05 |
| POS Purchase 100315 050249 | 152.32- | 10-05 |

Continued on Next Page

10-27-15
5    110



First Financial
Bank NA

ERNIE D JOHNSON

Page    3

| | | |
|---|---|---|
| Installment | 812-238-6326 | |
| Mortgage | 812-238-6311 | |
| Certificate | 812-238-6000 | |
| Savings | 812-238-6000 | |
| Checking | 812-238-6000 | |
| Toll Free | 800-511-0045 | |

QUALITY INN HOL
HOLLAND,OH

| | | |
|---|---|---|
| POS Purchase 100415 050249 | 47.87- | 10-05 |
| KROGER #987 | | |
| TERRE HAUTE,IN | | |
| WEB XFER TO DDA 008508428077 | 1000.00- | 10-05 |
| POS Purchase 100415 201148 | 43.33- | 10-06 |
| OUTBACK 1515 | | |
| TERRE HAUTE,IN | | |
| POS Purchase 100515 094239 | 56.31- | 10-06 |
| WAL-MART #1310 | | |
| TERRE HAUTE,IN | | |
| POS Purchase 100615 201345 | 530.43- | 10-07 |
| DIV*DIRECTV SER | | |
| 800-347-3288,CA | | |
| POS Purchase 100515 201345 | 28.03- | 10-07 |
| CHILI'S #020 | | |
| TERRE HAUTE,IN | | |
| POS Purchase 100515 234001 | 53.89- | 10-07 |
| SHELBURN LIQUOR | | |
| SHELBURN,IN | | |
| POS Purchase 100515 045723 | 51.37- | 10-07 |
| SUNOCO 04573994 | | |
| FARMERSBURG,IN | | |
| POS Purchase 100715 201140 | 52.06- | 10-08 |
| MACY'S EAST #60 | | |
| TERRE HAUTE,IN | | |
| Withdrawal 100715 215234 | 400.00- | 10-08 |
| 815 WEST MAIN ST | | |
| FARMERSBURG,IN | | |
| POS Purchase 100615 233911 | 34.07- | 10-08 |
| SHOW MES | | |
| TERRE HAUTE,IN | | |
| POS Purchase 100615 045605 | 19.99- | 10-08 |
| SUNOCO 04573994 | | |
| FARMERSBURG,IN | | |
| WEB XFER TO SAV 001200779971 | 200.00- | 10-08 |
| WEB XFER TO SAV 001200779971 | 200.00- | 10-08 |
| WEB XFER TO DDA 008508428077 | 1000.00- | 10-08 |
| POS Purchase 100715 201049 | 35.89- | 10-09 |
| OUTBACK 1515 | | |
| TERRE HAUTE,IN | | |
| POS Purchase 100715 234011 | 43.22- | 10-09 |
| A L PACKAGE LIQ | | |
| SULLIVAN,IN | | |
| POS Purchase 100815 201211 | 66.92- | 10-13 |
| CHAMPS | | |
| INDIANAPOLIS,IN | | |
| POS Purchase 100815 201211 | 48.89- | 10-13 |
| DFW SKYBOX BAR | | |
| DFW AIRPORT,TX | | |
| POS Purchase 100815 201211 | 25.00- | 10-13 |
| AMERICAN AI 001 | | |
| INDIANAPOLIS,IN | | |
| Withdrawal 101015 000515 | 103.75- | 10-13 |
| 16090 CITY WALK | | |
| SUGAR LAND,TX | | |
| POS Purchase 100815 050031 | 48.30- | 10-13 |
| SUNOCO 04573994 | | |

Continued on Next Page

10-27-15
5     110

First Financial
Bank NA

ERNIE D JOHNSON

———— ————         Page     4

| | | |
|---|---|---|
| Installment | 812-238-6326 |
| Mortgage | 812-238-6311 |
| Certificate | 812-238-6000 |
| Savings | 812-238-6000 |
| Checking | 812-238-6000 |
| Toll Free | 800-511-0045 |

FARMERSBURG,IN
POS Purchase 100915 233542                33.33-                10-13
ICE EMBASSY INC
HOUSTON,TX
POS Purchase 100915 233542                55.98-                10-13
BAKER STREET PU
SUGARLAND,TX
POS Purchase 101015 081832                 7.63-                10-13
BUFFALO WILD WI
CARMEL,IN
POS Purchase 101015 081832                 9.62-                10-13
MARSH #080
CARMEL,IN
POS Purchase 101015 205422                11.12-                10-13
IAH REBAR#9 TER
HOUSTON,TX
POS Purchase 101115 205422               409.39-                10-13
MARRIOTT SUGAR
SUGAR LAND,TX
POS Purchase 101015 205422               167.38-                10-13
ALAMO RENT-A-CA
HOUSTON,TX
POS Purchase 101015 093607                25.00-                10-13
USAIRWAYS   037
HOUSTON,TX
POS Purchase 101115 201236                37.48-                10-13
OUTBACK 1515
TERRE HAUTE,IN
POS Purchase 101115 201236               155.68-                10-13
HOLIDAY INN EXP
CARMEL,IN
POS Purchase 101115 201236               155.68-                10-13
HOLIDAY INN EXP
CARMEL,IN
POS Purchase 101115 201236               155.68-                10-13
HOLIDAY INN EXP
CARMEL,IN
POS Purchase 101315 093823              1047.88-                10-13
NMI*NATIONWIDE/
800-282-1446,IA
JDF WEB PAY       INTERNET                95.25-                10-13
JOHNSON ERNIE DANI ID:2149
POS Recurring 101315 201036               12.18-                10-14
SXM*SIRIUSXM.CO
888-635-5144,NY
POS Purchase 101215 201036                65.20-                10-14
CHILI'S #020
TERRE HAUTE,IN
POS Purchase 101215 201036                39.87-                10-14
SHELBURN LIQUOR
SHELBURN,IN
POS Purchase 101315 093727                21.95-                10-14
FOUNDATION RADI
844-279500S,PA
LABCORP LCBS    ECHECK                     5.07-                10-14
ERNIE JOHNSON ID:0647
Withdrawal 101415 141925                 100.00-                10-15
819 WEST MAIN ST
FARMERSBURG,IN

Continued on Next Page

10-27-15
5    110

First Financial 
Bank NA

ERNIE D JOHNSON

Page    5

Installment    812-238-6326
Mortgage       812-238-6311
Certificate    812-238-6000
Savings        812-238-6000
Checking       812-238-6000
Toll Free      800-511-0045

| | | |
|---|---|---|
| POS Purchase 101315 045453 | 56.18- | 10-15 |
| SUNOCO 04573994 | | |
| FARMERSBURG,IN | | |
| POS Purchase 101415 045453 | 126.66- | 10-15 |
| UAP-DOWNTOWN | | |
| 812-2320564,IN | | |
| POS Purchase 101415 094751 | 122.92- | 10-15 |
| SAMSCLUB #8135 | | |
| TERRE HAUTE,IN | | |
| IRS          USATAXPYMT | 923.55- | 10-15 |
| ERNIE DANIEL JOHNSON J ID:1348 | | |
| Withdrawal 101515 182636 | 200.00- | 10-16 |
| 819 WEST MAIN ST | | |
| FARMERSBURG,IN | | |
| POS Purchase 101515 201244 | 852.33- | 10-16 |
| MCCORD TIRE SER | | |
| TERRE HAUTE,IN | | |
| POS Purchase 101415 234321 | 8.42- | 10-16 |
| KROCS BUTCHER S | | |
| 812-2088116,IN | | |
| POS Purchase 101415 234321 | 20.44- | 10-16 |
| SHOW MES | | |
| TERRE HAUTE,IN | | |
| POS Purchase 101415 234321 | 24.76- | 10-16 |
| LA PACHANGA | | |
| SULLIVAN,IN | | |
| POS Purchase 101415 080825 | 284.60- | 10-16 |
| DISH NETWORK-ON | | |
| 800-894-9131,CO | | |
| POS Purchase 101515 080825 | 29.15- | 10-16 |
| PADGETTS LIQUOR | | |
| FARMERSBURG,IN | | |
| POS Purchase 101515 080825 | 15.54- | 10-16 |
| SUNOCO 04573994 | | |
| FARMERSBURG,IN | | |
| Withdrawal 101615 093305 | 100.00- | 10-16 |
| 819 WEST MAIN ST | | |
| FARMERSBURG,IN | | |
| JDF WEB PAY    INTERNET | 7368.40- | 10-16 |
| JOHNSON ERNIE DANI ID:9000 | | |
| POS Purchase 101515 212055 | 4.24- | 10-19 |
| TERRE HAUTE S O | | |
| TERRE HAUTE,IN | | |
| POS Purchase 101415 234829 | 21.05- | 10-19 |
| SHOW MES | | |
| TERRE HAUTE,IN | | |
| POS Purchase 101615 062111 | 1042.63- | 10-19 |
| BANE-WELKER EQU | | |
| TERRE HAUTE,IN | | |
| POS Purchase 101615 125834 | 44.00- | 10-19 |
| CREW CARWASH 30 | | |
| INDIANPOLIS,IN | | |
| Withdrawal 101715 125223 | 204.99- | 10-19 |
| 421 NW RIVERSIDE D | | |
| EVANSVILLE,IN | | |
| POS Purchase 101615 200028 | 47.61- | 10-19 |
| TEXAS ROADHOUSE | | |
| TERRE HAUTE,IN | | |
| POS Purchase 101615 200028 | 7.49- | 10-19 |

Continued on Next Page

10-27-15
5    110

First Financial
Bank NA

ERNIE D JOHNSON

Page    6

| | | | |
|---|---|---|---|
| Installment | 812-238-6326 |
| Mortgage | 812-238-6311 |
| Certificate | 812-238-6000 |
| Savings | 812-238-6000 |
| Checking | 812-238-6000 |
| Toll Free | 800-511-0045 |

| | | |
|---|---|---|
| SUBWAY        0 | | |
| FARMERSBURG,IN | | |
| POS Purchase 101615 050539 | 44.96- | 10-19 |
| SUNOCO 04573994 | | |
| FARMERSBURG,IN | | |
| POS Recurring 101815 124442 | 36.99- | 10-19 |
| AOL* SERVICE | | |
| 800-827-6364,NY | | |
| POS Purchase 101615 205421 | 22.05- | 10-19 |
| SHOW MBS | | |
| TERRE HAUTE,IN | | |
| POS Purchase 101715 205421 | 5.33- | 10-19 |
| SUBWAY        0 | | |
| FARMERSBURG,IN | | |
| POS Purchase 101715 234918 | 12.75- | 10-19 |
| RI RA IRISH PUB | | |
| EVANSVILLE,IN | | |
| POS Purchase 101815 200846 | 198.37- | 10-20 |
| HOLIDAY INN EVA | | |
| EVANSVILLE,IN | | |
| POS Purchase 101815 200846 | 57.20- | 10-20 |
| OUTBACK 1515 | | |
| TERRE HAUTE,IN | | |
| POS Purchase 101715 200846 | 9.50- | 10-20 |
| CASINO/BAR TROP | | |
| EVANSVILLE,IN | | |
| POS Purchase 101915 050114 | 46.48- | 10-21 |
| SUNOCO 04573994 | | |
| FARMERSBURG,IN | | |
| POS Purchase 101915 050114 | 63.05- | 10-21 |
| SUNOCO 04573994 | | |
| FARMERSBURG,IN | | |
| POS Purchase 102015 200832 | 12.41- | 10-22 |
| SUBWAY        0 | | |
| FARMERSBURG,IN | | |
| POS Purchase 102115 200832 | 85.60- | 10-22 |
| MACY'S EAST #60 | | |
| TERRE HAUTE,IN | | |
| POS Purchase 102015 233906 | 63.10- | 10-22 |
| BIG RED LIQUORS | | |
| TERRE HAUTE,IN | | |
| POS Recurring 102115 045456 | 74.10- | 10-22 |
| ABC*ANYTIME FIT | | |
| 800-6226290,IN | | |
| POS Purchase 102115 100551 | 40.13- | 10-22 |
| BATH & BODY WOR | | |
| TERRE HAUTE,IN | | |
| POS Purchase 102115 100551 | 72.44- | 10-22 |
| WALGREENS #7443 | | |
| TERRE HAUTE,IN | | |
| Withdrawal 102215 202011 | 400.00- | 10-23 |
| 819 WEST MAIN ST | | |
| FARMERSBURG,IN | | |
| POS Purchase 102115 234112 | 13.84- | 10-23 |
| CHEDDARS CASUAL | | |
| TERRE HAUTE,IN | | |
| POS Purchase 102215 234112 | 33.59- | 10-23 |
| APPLEBEES 08306 | | |
| TERRE HAUTE,IN | | |

Continued on Next Page

10-27-15
S    110

First Financial
Bank NA



ERNIE D JOHNSON

Page        7

| | | |
|---|---|---|
| Installment | 812-238-6326 |
| Mortgage | 812-238-6311 |
| Certificate | 812-238-6000 |
| Savings | 812-238-6000 |
| Checking | 812-238-6000 |
| Toll Free | 800-511-0045 |

| Description | Amount | Date |
|---|---|---|
| POS Purchase 102315 195909<br>TEXAS ROADHOUSE<br>TERRE HAUTE,IN | 53.17- | 10-26 |
| POS Purchase 102315 195909<br>CHILI'S #020<br>TERRE HAUTE,IN | 36.42- | 10-26 |
| POS Purchase 102315 043657<br>SUNOCO 04573994<br>FARMERSBURG,IN | 30.27- | 10-26 |
| POS Purchase 102415 081624<br>HHGREGG TERREHA<br>TERRE HAUTE,IN | 967.67- | 10-26 |
| POS Purchase 102415 205252<br>LEADINGEDGEHEAL<br>8666216886,CA | 225.91- | 10-26 |
| POS Purchase 102415 205252<br>DOLLAR-GENERAL<br>FARMERSBURG,IN | 45.64- | 10-26 |
| POS Purchase 102415 234716<br>OLIVE GARDEN  0<br>TERRE HAUTE,IN | 72.97- | 10-26 |
| POS Purchase 102515 234716<br>APPLEBEES 08306<br>TERRE HAUTE,IN | 30.19- | 10-26 |
| POS Purchase 102515 093800<br>WM SUPERCENTER<br>TERRE HAUTE,IN | 54.74- | 10-26 |
| POS Purchase 102515 093800<br>WALGREENS #9711<br>TERRE HAUTE,IN | 89.85- | 10-26 |
| POS Purchase 102515 200942<br>CHILI'S #020<br>TERRE HAUTE,IN | 27.01- | 10-27 |
| POS Purchase 102415 233958<br>SHOW MES<br>TERRE HAUTE,IN | 25.25- | 10-27 |

-F B          *- - - - - - - - -CHECKS PAID- - - - - - - - - - *-F R

| No. | Date | Amount | No. | Date | Amount |
|---|---|---|---|---|---|
| 1370 | 9-30 | 95.00 | 1442 | 10-07 | 1500.00 |
| 1374* | 9-29 | 180.09 | 1443 | 10-07 | 1125.00 |
| 1375 | 10-13 | 50.00 | 1444 | 10-14 | 33.70 |
| 1376 | 10-01 | 2196.91 | 1445 | 10-09 | 646.85 |
| 1378* | 10-02 | 88.14 | 1446 | 10-14 | 24219.50 |
| 1379 | 10-02 | 3309.66 | 1448* | 10-09 | 564.09 |
| 1380 | 9-30 | 11997.11 | 1449 | 10-16 | 10000.00 |
| 1381 | 9-29 | 6850.00 | 1450 | 10-16 | 536.79 |
| 1382 | 9-29 | 4833.86 | 1451 | 10-19 | 584.30 |
| 1383 | 9-30 | 1000.00 | 1452 | 10-26 | 1500.00 |
| 1433* | 10-05 | 2500.00 | 1453 | 10-15 | 4921.23 |
| 1435* | 10-02 | 656.28 | 1454 | 10-26 | 692.80 |
| 1436 | 10-05 | 449.41 | 1455 | 10-23 | 391.75 |
| 1437 | 10-02 | 2500.00 | 1456 | 10-23 | 489.69 |
| 1438 | 10-06 | 1131.17 | 9999* | 10-27 | 162.64 |
| 1439 | 10-05 | 1253.63 | 9999* | 10-27 | 200.00 |
| 1440 | 10-07 | 376.05 | 9999* | 10-26 | 150.00 |
| 1441 | 10-08 | 5000.00 | | | |

Naomi Gregg

Continued on Next Page

10-27-15
S    110

First Financial
Bank NA

ERNIE D JOHNSON

_____  ____

_____          Page    8

Installment    812-238-6326
Mortgage       812-238-6311
Certificate    812-238-6000
Savings        812-238-6000
Checking       812-238-6000
Toll Free      800-511-0045

~F B        *- - - - - - -DAILY BALANCE SUMMARY- - - - - - - - *-F R

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9-28 | 72257.47 | 9-29 | 66572.77 | 9-30 | 47477.70 |
| 10-01 | 42711.06 | 10-02 | 33625.38 | 10-05 | 53144.67 |
| 10-06 | 51913.86 | 10-07 | 69776.02 | 10-08 | 60769.29 |
| 10-09 | 59479.24 | 10-13 | 67956.38 | 10-14 | 43558.91 |
| 10-15 | 42229.60 | 10-16 | 22789.17 | 10-19 | 15788.55 |
| 10-20 | 15523.48 | 10-21 | 15413.95 | 10-22 | 15066.17 |
| 10-23 | 13737.30 | 10-26 | 9787.67 | 10-27 | 9372.77 |

~F B        *- - - - - OVERDRAFT CHARGES/REFUNDS SUMMARY- - - - -*-F R

| | This Cycle | YTD |
|---|---|---|
| Total returned item fees | .00 | 1,122.00 |
| Total overdraft fees | .00 | 1,802.00 |
| Total fees charged | .00 | 2,924.00 |

| | This Cycle | YTD |
|---|---|---|
| Refund of returned check fees | .00 | .00 |
| Refund of paid check fees | .00 | .00 |
| Total fees refunded | .00 | .00 |

END OF STATEMENT

| | | |
|---|---|---|
| STATE OF INDIANA | 0 | IN THE SULLIVAN SUPERIOR COURT 1 |
| | 0 | |
| COUNTY OF PORTER          . | 0 | CAUSE NO.  77D01-1508-MF-464 |

BMO HARRIS BANK,                          |

                    Plaintiff,                          |

        vs.                          |

ERNIE D JOHNSON, et al,                          |

                    Defendants.                          |

## NOTICE OF BANKRUPTCY

     The Defendant, Ernie D Johnson, hereby gives notice of the filing of a petition in Bankruptcy, a copy of which is attached hereto as Exhibit "A".

                                                  Respectfully Submitted,


                                                  _____
                                                          KC Cohen 04310-49

KC Cohen
KC Cohen, Lawyer, PC
attorney for Ernie D Johnson
151 N. Delaware St., Ste. 1106
Indianapolis, IN 46204
317.715.1845
fax 636.8686
kc@smallbusiness11.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was duly served via U.S. First Class Mail, postage prepaid, this March 9, 2016 upon the following:

Sarah Fowler
IceMiller
One American Sq., Ste. 2900
Indianapolis, IN 46282

                                                  _____
                                                          KC Cohen

| STATE OF INDIANA | 0 | IN THE SULLIVAN SUPERIOR COURT |
| | 0 | |
| COUNTY OF PORTER         . | 0 | CAUSE NO.  77D-1507-CC-429 |

CERES SOLUTIONS, LLP,                    |
                                                            |
                        Plaintiff,              |
                                                            |
        vs.                                              |
                                                            |
ERNIE D JOHNSON, et al,               |
                                                            |
                        Defendants.          |

## NOTICE OF BANKRUPTCY

        The Defendant, Ernie D. Johnson, hereby gives notice of the filing of a petition in

Bankruptcy, a copy of which is attached hereto as Exhibit "A".

                                                                        Respectfully Submitted,


                                                            _____
                                                                        KC Cohen 04310-49

KC Cohen
KC Cohen, Lawyer, PC
attorney for Ernie D Johnson
151 N. Delaware St., Ste. 1106
Indianapolis, IN 46204
317.715.1845
fax 636.8686
kc@smallbusiness11.com




## CERTIFICATE OF SERVICE

        I hereby certify that a copy of the foregoing was duly served via U.S. First Class Mail, postage
prepaid, this March 9, 2016 upon the following:

Hart Bell, LLC
513 Main St.
Vincennes, IN 47591

                                                            _____
                                                                        KC Cohen

| STATE OF INDIANA | 0 | IN THE SULLIVAN SUPERIOR COURT 1 |
|---|---|---|
| | 0 | |
| COUNTY OF PORTER    . | 0 | CAUSE NO.  77D01-1602-MF-111 |

CROP PRODUCTION SERVICES,    |
                              |
          Plaintiff,    |
                              |
   vs.    |
                              |
ERNIE D JOHNSON, et al,    |
                              |
          Defendants.    |

## NOTICE OF BANKRUPTCY

     The Defendant, Ernie D Johnson, hereby gives notice of the filing of a petition in Bankruptcy, a copy of which is attached hereto as Exhibit "A".

                                        Respectfully Submitted,

                            _____
                                   KC Cohen 04310-49

KC Cohen
KC Cohen, Lawyer, PC
attorney for Ernie D Johnson
151 N. Delaware St., Ste. 1106
Indianapolis, IN 46204
317.715.1845
fax 636.8686
kc@smallbusiness11.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was duly served via U.S. First Class Mail, postage prepaid, this March 9, 2016 upon the following:

Scott Leisz
BinghamGreenebaumDoll
2700 Market Tower
Indianapolis, IN 46282

                            _____
                                   KC Cohen

| | | |
|---|---|---|
| STATE OF INDIANA | 0 | IN THE SULLIVAN SUPERIOR COURT 1 |
| | 0 | |
| COUNTY OF PORTER         . | 0 | CAUSE NO.  77D01-1602-CT-112 |

BMO HARRIS BANK,                              |
                                             |
                    Plaintiff,               |
                                             |
        vs.                                  |
                                             |
ERNIE D JOHNSON,                             |
                                             |
                    Defendant.               |

### NOTICE OF BANKRUPTCY

The Defendant, Ernie D. Johnson, Jr., hereby gives notice of the filing of a petition in

Bankruptcy, a copy of which is attached hereto as Exhibit "A".

Respectfully Submitted,

_____
KC Cohen 04310-49

KC Cohen
KC Cohen, Lawyer, PC
attorney for Ernie D Johnson
151 N. Delaware St., Ste. 1106
Indianapolis, IN 46204
317.715.1845
fax 636.8686
kc@smallbusiness11.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served via U.S. First Class Mail, postage prepaid, this March 9, 2016 upon the following:

Sarah Fowler
IceMiller
One American Sq., Ste. 2900
Indianapolis, IN 46282

_____
KC Cohen

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.**
*Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re    __Ernie D. Johnson__                                    Case No. _____
<br>                                                Debtor(s)           Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
<br>     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
<br>     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
<br>     d. [Other provisions as needed]
<br>         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
<br>     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __March 17, 2016__ | **/s/ KC Cohen** |
| *Date* | **KC Cohen 04310-49** |
| | *Signature of Attorney* |
| | **KC Cohen, Lawyer, PC** |
| | **151 N Delaware St., Ste. 1106** |
| | **Indianapolis, IN 46204** |
| | **3177151845  Fax: 3176368686** |
| | **kc@smallbusiness11.com** |
| | *Name of law firm* |

---

**United States Bankruptcy Court**
**Southern District of Indiana**

In re   **Ernie D. Johnson**                                      Case No.
                                    Debtor(s)         Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **March 17, 2016**                    **/s/ Ernie D. Johnson**
                                        **Ernie D. Johnson**
                                        Signature of Debtor

ADVANTAGE PLUS OF INDIANA FEDERAL CREDIT
POB 5261
TERRE HAUTE, IN 47805


AHW
515 N ASHMORE ST
ASHMORE, IL 61912


ARENDS BROS
POB 156
MELVIN, IL 60952


BARBARA JOHNSON
408 E STUCK ST
FARMERSBURG, IN 47850


BMO HARRIS BANK
111 W MONROE ST
CHICAGO, IL 60603


CAPITAL ONE BANK
POB 6492
CAROL STREAM, IL 60197-6492


CERES SOLUTIONS
POB 432
CRAWFORDSVILLE, IN 47933

CHASE BANK
POB 15123
WILMINGTON, DE 19850-5123


CINTAS
POB 635208
INDIANAPOLIS, IN 46202


CITIBANK
POB 6500
SIOUX FALLS, SD 57117


CNH INDUSTRIAL CAPITAL
POB 3600
LANCASTER, PA 17604


CROP PRODUCTION SERVICES
2745 W SR 48
SHELBURN, IN 47879


ERNIE  JOHNSON, JR.
10649 N PR 50E
FARMERSBURG, IN 47850


FASTENAL
2001 THEURER BLVD
WINONA, MN 55987

FIRST FINANCIAL BANK
205 MAIN AVE
ANETA, ND 58212


GARY HOLMES
168 E CR 1100 N
FARMERSBURG, IN 47850


INDIANA EMERGENCY PHYSICIANS LLC
75 REMIT DR 1103
CHICAGO, IL 60675-1103


INTERNAL REVENUE SERVICE
POB 21126
PHILADELPHIA, PA 19114-0326


JEFFREY DAVID STRAIN
4187 N. CO RD 875 W
SULLIVAN, IN 47882


JOHN DEERE FINANCIAL
POB 4450
CAROL STREAM, IL 60197-4450


NAOMI GREGGS
POB 57
FARMERSBURG, IN 47850

NAPA
138 W CR 300 N
SULLIVAN, IN 47882


PIONEER HI-BRED INTERNATIONAL LLC
POB 1000
JOHNSTON, IA 50131-0184


RAIN AND HAIL, LLC
9200 NORTHPARK DRIVE, SUITE 300
JOHNSTON, IA 50131


REPUBLIC SERVICES
12820 CUMMINSVILLE RD
PIMENTO, IN 47866-9734


RFFC FINANCIAL LLC
POB 4356, DEPT 1552
HOUSTON, TX 77210


SULLIVAN COUNTY TREASURER
100 COURT HOUSE SQUARE
SULLIVAN, IN 47882


TERRE HAUTE REGIONAL HOSPITAL
POB 740757
CINCINNATI, OH 45274

USDA
SULLIVAN COUNTY FSA OFFICE
2306 N. SECTION. ST
SULLIVAN, IN 47882


WABASH VALLEY HEAT AND GAS
POB 147
HUTSONVILLE, IL 62433


WNDI RADIO
556 W CR 200 S #2
SULLIVAN, IN 47882