IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| IN RE:<br><br>ERNIE D. JOHNSON,<br><br>        Debtor. | CASE NO. 16-80161 JJG 11 |

**APPEARANCE FOR THE UNITED STATES TRUSTEE**

The undersigned appears on behalf of the United States Trustee in this case:

Ronald J. Moore
OFFICE OF THE UNITED STATES TRUSTEE
101 W. Ohio Street, Suite 1000
Indianapolis, IN 46204
317-226-6101
317-226-6356 (fax)
Ronald.Moore@usdoj.gov

Respectfully Submitted,

Nancy J. Gargula
UNITED STATES TRUSTEE

By:  /s/ Ronald J. Moore
     Ronald J. Moore
     Office of the United States Trustee
     101 W. Ohio Street, Suite 1000
     Indianapolis, IN 46204
     Tel. (317) 226-6268
     Fax (317) 226-6356
     Ronald.Moore@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

KC Cohen kc@smallbusiness11.com

Sarah Fowler, Sarah.Fowler@icemiller.com, Kathy.chulchian@icemiller.com

I further certify that on March 21, 2016, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

None

/s/ Ronald J. Moore
Ronald J. Moore
Office of the United States Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, IN 46204
Tel. (317) 226-6268
Fax (317) 226-6356
Ronald.Moore@usdoj.gov