UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ERNIE D. JOHNSON | ) CASE NO. 16-80161-JJG-11 |
| | ) |
| Debtor. | ) |

### APPEARANCE BY ATTORNEY

Comes now Bingham Greenebaum Doll LLP by Scott R. Leisz and enters his Appearance on behalf of Crop Production Services, Inc., and requests that all pleadings and notices be sent to the undersigned at the address shown below:

>Scott R. Leisz (#11243-49)
>Bingham Greenebaum Doll LLP
>10 West Market Street, #2700
>Indianapolis, IN  46204
>Tel:     317-635-8900
>Fax:    317-236-9907
>Email: sleisz@bgdlegal.com

Respectfully submitted,

*/s/ Scott R. Leisz*
Scott R. Leisz, #11243-49
Attorney for Crop Production Services, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2016, a copy of the foregoing *Appearance* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's ECF System.

*/s/ Scott R. Leisz*

BINGHAM GREENEBAUM DOLL LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204
Tel:  (317) 635-8900
Fax:  (317) 236-9907

17483272