```
                          United States Bankruptcy Court
                          Southern District of Indiana
In re:                                                       Case No. 16-80161-JJG
Ernie D. Johnson                                             Chapter 11
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0756-2         User: jlhobgood           Page 1 of 2            Date Rcvd: Jul 29, 2016
                             Form ID: SF00200          Total Noticed: 47
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2016.

```
db                Ernie D. Johnson,    10649 N PR 50E,    Farmersburg, IN  47850
auc              +Schrader Real Estate and Auction Co.,    950 North Liberty Dr,    Columbia City, IN 46725-1123
13929786         +Advantage Plus of Indiana Federal Credit Union,    Attn: Tracy M. Weber,    333 Ohio Street,
                   Terre Haute, IN 47807-3513
13824322         +Arends Bros,    POB 156,    Melvin, IL 60952-0156
13824324         +BMO Harris Bank,    111 W Monroe St,    Chicago, IL 60603-4095
13824323         +Barbara Johnson,    408 E Stuck St,    Farmersburg, IN 47850-7029
13824328          CINTAS,    POB 635208,    Indianapolis, IN 46202
13824330         +CNH Industrial Capital,    POB 3600,    Lancaster, PA 17604-3600
13824325          Capital One Bank,    POB 6492,    Carol Stream, IL 60197-6492
13856558          Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13824326         +Ceres Solutions,    POB 432,    Crawfordsville, IN 47933-0432
13947805         +Ceres Solutions, LLP,    c/o Hart Bell, LLC,    513 Main Street, P.O. Box 979,
                   Vincennes, IN 47591-0979
13824327          Chase Bank,    POB 15123,    Wilmington, DE 19850-5123
13824331         +Crop Production Services,    2745 W SR 48,    Shelburn, IN 47879-8320
13946223         +Crop Production Services, Inc.,    ATTN: P.J. Ebelhar,    2760 Keller Road,
                   Owensboro, KY 42301-9607
13892318          Deere & Company,    PO Box 6600,    Johnston, IA 50131-6600
13892422          Deere Credit, Inc.,    PO Box 6600,    Johnston, IA 50131-6600
13824332          Ernie  Johnson, Jr.,    10649 N PR 50E,    Farmersburg, IN 47850
13930606         +Ernie D Johnson,    PO Box 2122,    Terre Haute, IN 47802-0122
13824334         +First Financial Bank,    205 Main Ave,    Aneta, ND 58212-4000
13824335         +Gary Holmes,    168 E CR 1100 N,    Farmersburg, IN 47850-8205
13824336          Indiana Emergency Physicians LLC,    75 Remit Dr 1103,    Chicago, IL 60675-1103
13824338         +Jeffrey David Strain,    4187 N. CO RD 875 W,    Sullivan, IN 47882-7141
13824339          John Deere Financial,    POB 4450,    Carol Stream, IL 60197-4450
13924849         +John Deere Financial, f.s.b.,    PO Box 6600,    Johnston, IA 50131-6600
13824341         +NAPA,    138 W CR 300 N,    Sullivan, IN 47882-7562
13824340         +Naomi Greggs,    POB 57,    Farmersburg, IN 47850-0057
13905025         +Pioneer,    Wexford & James LLC,    Affliate of Altus Global Trade Solutions,
                   2910 Westown Pkwy, Ste 102,    West Des Moines, IA 50266-1308
13824342         +Pioneer Hi-Bred International LLC,    POB 1000,    Johnston, IA 50131-9411
13824343         +Rain and Hail, LLC,    9200 Northpark Drive, Suite 300,    Johnston, IA 50131-3006
13824344          Republic Services,    12820 Cumminsville Rd,    Pimento, IN 47866-9734
13824347         +Terre Haute Regional Hospital,    POB 740757,    Cincinnati, OH 45274-0757
13826350         +U.S. Attorney's Office,    10 W Market St Ste 2100,    Indianapolis IN 46204-1986
13864186         +U.S.D.A Farm Service Agency,    5981 Lakeside Blvd,    Indianpolis, IN 46278-1996
13824348         +USDA,    Sullivan County FSA Office,    2306 N. Section. St,    Sullivan, IN 47882-7524
13824350        ++WNDI RADIO,    556 E STATE RD 54,    SULLIVAN IN 47882-7701
                 (address filed with court:  WNDI Radio,    556 W CR 200 S #2,    Sullivan, IN 47882)
13824349         +Wabash Valley Heat and Gas,    POB 147,    Hutsonville, IL 62433-0147
13824329         +citibank,    POB 6500,    Sioux Falls, SD 57117-6500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13824321          E-mail/Text: cbraden@ahwllc.com Jul 29 2016 22:19:52      AHW,    515 N Ashmore St,
                   Ashmore, IL 61912
13824320         +E-mail/Text: info@apifcu.com Jul 29 2016 22:19:35      Advantage Plus of Indiana Federal Credit,
                   POB 5261,    Terre Haute, IN 47805-0261
13824333         +E-mail/Text: legal@fastenal.com Jul 29 2016 22:19:02      Fastenal,    2001 Theurer Blvd,
                   Winona, MN 55987-9902
13930570         +E-mail/Text: bkonotices@first-online.com Jul 29 2016 22:19:06      First Financial Bank NA,
                   PO Box 2122,    Terre Haute, IN 47802-0122
13824337          E-mail/Text: cio.bncmail@irs.gov Jul 29 2016 22:18:55      Internal Revenue Service,    POB 21126,
                   Philadelphia, PA 19114-0326
13824345          E-mail/Text: notices@rffcfinancial.com Jul 29 2016 22:19:47      RFFC Financial LLC,
                   2912 W. Davis St. Ste 200,    Conroe, TX 77304
13895212          E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2016 22:14:15
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13824346         +E-mail/Text: slgoodman2010@yahoo.com Jul 29 2016 22:19:20      Sullivan County Treasurer,
                   100 Court House Square,    Sullivan, IN 47882-1558
13915489         +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2016 22:14:28
                   Terre Haute Regional Hospital,    Resurgent Capital Services,    PO Box 1927,
                   Greenville, SC 29602-1927
                                                                                               TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0756-2          User: jlhobgood              Page 2 of 2                    Date Rcvd: Jul 29, 2016
                              Form ID: SF00200             Total Noticed: 47

13852657*        +Rain & Hail, LLC,    9200 Northpark Dr., Suite 300,    Johnston, IA 50131-3006
                                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2016 at the address(es) listed below:
              Jeffrey L Hunter    on behalf of Plaintiff    United States of America jeff.hunter@usdoj.gov,
               USAINS.ECFBankruptcy@usdoj.gov;denise.woody@usdoj.gov
              KC  Cohen    on behalf of Debtor Ernie D. Johnson kc@esoft-legal.com
              Karen L. Lobring    on behalf of Creditor    Deere Credit Inc. lobring@msn.com
              Kathryn Michelle Kotter    on behalf of Creditor    Ceres Solutions LLP kkotter@hartbell.com
              Ronald J. Moore    on behalf of U.S. Trustee    U.S. Trustee Ronald.Moore@usdoj.gov
              Sarah Lynn Fowler    on behalf of Creditor    BMO Harris Bank, N.A. Sarah.Fowler@icemiller.com,
               Kathy.chulchian@icemiller.com
              Scott R Leisz    on behalf of Creditor    Crop Production Services, Inc. sleisz@bgdlegal.com,
               dsams@bgdlegal.com
              Tracy M Weber    on behalf of Creditor    Advantage Plus of Indiana Federal Credit Union
               tmweber@wilkinsonlaw.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
              W Randall Kammeyer    on behalf of Creditor    CNH Industrial Capital wrkammeyer@hawkhaynie.com
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF00200 (rev 05/2016)

In re:

**Ernie D. Johnson**,
       Debtor.

Case No. **16–80161–JJG–11**

# NOTICE OF HEARING

An Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Schrader Real Estate and Auction Co. as Auctioneer (Fee: $7912.23, Expense: $6017.39) was filed on July 28, 2016, by Auctioneer Schrader Real Estate and Auction Co. The Court, after reviewing this document, determines that a hearing is required.

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date:  August 25, 2016
    Time:  09:00 AM EDT
    Place:  Rm. 311 U.S. Courthouse
           46 E. Ohio St.
           Indianapolis, IN 46204

Objections are due **3 days** prior to hearing.

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any document referenced in this notice can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  July 29, 2016                       Kevin P. Dempsey
                                              Clerk, U.S. Bankruptcy Court