UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ERNIE D. JOHNSON, | ) | Case No. 16-80161-JJG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| _____ | ) | |

## NOTICE OF SUBSTITUTION OF APPEARANCE

John C. Cannizzaro from the law firm Ice Miller LLP, hereby files his appearance on behalf of BMO Harris Bank, N.A., and gives notice that this appearance should be substituted for that of Sarah L. Fowler, whose appearance was filed on March 18, 2016. The undersigned requests that he receive copies of all pleadings, filings, order, and notices at the following address:

John C. Cannizzaro
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215-7509
Telephone: (614) 462-1070
Facsimile: (614) 232-6923
John.Cannizzaro@icemiller.com

Respectfully submitted,

/s/ *John C. Cannizzaro*
John C. Cannizzaro
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215-7509
Telephone: (614) 462-1070
Facsimile: (614) 232-6923
John.Cannizzaro@icemiller.com

*Attorneys for BMO Harris Bank, N.A.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 20, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

  I further certify that on June 20, 2018, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

N/A

          /s/ *John C. Cannizzaro*
          John C. Cannizzaro